FILED
2025 Sep-08 PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406**<br><br>**(This filing relates to all cases)** | )<br>)<br>)<br>)<br>) | **Case No.: 2:25-md-10000-RDP** |

# NOTICE OF APPEARANCE

**COMES NOW**, W. Tucker Brown of the law firm Whatley Kallas, LLP and hereby enters this Notice of Appearance as counsel on behalf of Interested Party the Certified Settlement Class of Provider Plaintiffs in the above-styled case.

This 8th day of September, 2025.

Respectfully submitted,

*/s/ W. Tucker Brown*

W. Tucker Brown
WHATLEY KALLAS, LLP
2001 Park Place North, Suite 1000
Birmingham, AL 35203
Phone: 205-488-1200
Fax: 800-922-4851
Email: tbrown@whatleykallas.com