FILED
2025 Sep-09 PM 02:13
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL NO.: 2406)** | } | **Master Case No.: 2:25-md-10000-RDP**<br>Provider Opt Out Cases |

## <u>CASE MANAGEMENT ORDER NO. 1</u>

### I. Initial Status Conference

A. The Provider Opt Out Cases centralized before this court are **SET** for a status conference at **9:30 a.m., Wednesday, September 24, 2025**, in Courtroom 8 at the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama.

B. The Provider Opt Out status conference will be held in conjunction with the previously scheduled Subscriber Opt Out status conference. The court, through the Special Master, will provide telephone access instructions for those unable to attend in person.

C. **On or before Monday, September 22, 2025**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

### II. Responsive Pleadings and Discovery

A. Pending the September 24, 2025 Status Conference, deadlines for responsive pleadings, outstanding discovery, and motions practice in the Provider Opt Out cases are **STAYED**.

B. All parties **SHALL** take reasonable steps to preserve documents and other records, including electronic documents that contain information potentially relevant to the subject matter of this litigation.

**III. Miscellaneous**

A. The Clerk of Court will maintain a master docket case file for the Provider Opt Out actions under Case No. 2:25-md-10000-RDP captioned *In Re: Blue Cross Blue Shield Antitrust Litigation*, with the identification "MDL 2406." When a pleading is intended to be applicable to all Provider Opt Out actions, it **SHALL** be filed on the 25-md-10000 docket. When a pleading is intended to apply only to a specific case, it **SHALL** be filed in that case and not on the master docket.

B. Any attorney admitted to practice and in good standing in any United States District Court is admitted *pro hac vice* in this litigation and association of co-counsel for purposes of filing and/or litigation, including direct filing, is not required. To the extent not already done, any attorney representing a party in this action must register for and obtain a CM/ECF login name and password for this District.

**DONE** and **ORDERED** this September 9, 2025.

**R. DAVID PROCTOR**
CHIEF U.S. DISTRICT JUDGE