FILED
2025 Sep-10 PM 07:36
U.S. DISTRICT COURT
N.D. OF ALABAMA

# APPENDIX A

## List of Provider Opt-Out Actions Transferred to the MDL

| Case | Transferee Court | Counsel |
|---|---|---|
| *Adventist Health System Sunbelt Healthcare Corp., et al. v. Blue Cross and Blue Shield Association, et al.* | N.D. Ill. | Paul Hastings LLP; Wheeler Trigg O'Donnell |
| *Allina Health System, et al. v. Blue Cross Blue Association, et al.* | N.D. Cal. | BRS LLP |
| *AmeriTeam Services LLC, et al. v. Blue Cross and Blue Shield of Alabama, et al.* | N.D. Ill. | Pearson Warshaw LLP |
| *Anesthesia Associates of Ann Arbor, PLLC v. Blue Cross and Blue Shield of Michigan* | E.D. Mich. | Boies Schiller Flexner LLP |
| *Bon Secours Mercy Health Inc., et al. v. Blue Cross Blue Shield Association, et al.* | N.D. Cal. | K&L Gates; Fields Han & Cunniff PLLC |
| *Children's Hospital Corporation d/b/a Boston Children's Hospital, et al. v. Blue Cross Blue Shield Association et al.* | D. Mass | Quinn Emmanuel Urquhart & Sullivan, LLP |
| *CommonSpirit Health, et al. v. Blue Cross and Blue Shield of Alabama, et al.* | N.D. Ill. | Pearson Warshaw LLP |
| *Duke University Health System, et al. v. Blue Cross Blue Shield Association, et al.* | N.D. Ill. | Paul Hastings LLP; Zelle LLP |
| *Harvard Medical Faculty Physicians, et al. v. Blue Cross Blue Shield Association, et al.* | E.D. Pa. | Duane Morris; McKool Smith |
| *IES Central Texas PLLC, et al. v. Blue Cross and Blue Shield of Alabama, et al.* | N.D. Ill. | Pearson Warshaw LLP |
| *LHHealth, LLC v. Blue Cross Blue Shield Association, et al.* | E.D. Pa. | Duane Morris; McKool Smith |
| *Memorial Hospital for Cancer, et al. v. Blue Cross Blue Shield Association, et al.* | N.D. Cal. | Zuckerman Spaeder LLP; Susman Godfrey LLP |
| *Mount Nittany Health System v. Blue Cross Blue Shield Association, et al.* | M.D. Pa. | Clifford Chance LLP; McCormick Law Firm |
| *NorthBay Healthcare Corp. et al. v. Blue Cross Blue Shield Association et al.* | N.D. Cal. | King & Spalding LLP |
| *Northwell Health, Inc, et al. v. Blue Cross Blue Shield Association, et al.* | E.D. Pa. | Duane Morris; McKool Smith |
| *Phoebe Putney Memorial Hospital, et al. v. Blue Cross and Blue Shield Association et al.* | M.D. Ga. | Womble Bond Dickinson |
| *State University of Iowa v. Blue Cross Blue Shield Association et al.* | N.D. Ill. | Paul Hastings LLP; A.G. of Iowa |
| *Temple University Health System, Inc., et al. v. Blue Cross Blue Shield Association, et al.* | E.D. Pa. | Duane Morris; McKool Smith |
| *Texas Health Resources v. Blue Cross Blue Shield Association, et al.* | N.D. Ill. | Paul Hastings LLP |
| *Weill Cornell Medicine v. Blue Cross Blue Shield Association, et al.* | S.D.N.Y | Clifford Chance LLP |