FILED
2025 Sep-22 PM 04:43
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION MDL 2406** <br> **(This filing relates to all cases)** | ) <br> ) <br> ) <br> ) <br> ) | **Case No.: 2:25-md-10000-RDP** |

# NOTICE OF APPEARANCE

**COMES NOW**, Edith M. Kallas of the law firm Whatley Kallas, LLP and hereby enters this Notice of Appearance as counsel on behalf of Interested Party the Certified Settlement Class of Provider Plaintiffs in the above-styled case.

This 22nd day of September, 2025.

Respectfully submitted,

*/s/ Edith M. Kallas*

Edith M. Kallas
WHATLEY KALLAS, LLP
152 West 57th Street
41st Floor
New York, NY 10019
Tel: (212) 447-7060
Fax: (800) 922-4851
Email: ekallas@whatleykallas.com