FILED
2025 Sep-24 PM 05:20
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT FOR
THE NORTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | ) | **Master Case No.: 2:25-md-10000-RDP** Provider Opt Out Cases |

**<u>NOTICE OF APPEARANCE</u>**

**COMES NOW**, Hershel Wancjer of the law firm King & Spalding LLP and hereby enters this Notice of Appearance as counsel on behalf of Plaintiffs ApolloMD Business Services, LLC, Beebe Medical Center, Inc. d/b/a Beebe Healthcare, CEP America, LLC d/b/a Vituity, Covenant Health, Inc., Hospital Service District No. 1 of St. Charles Parish, Kaweah Delta Health Care District, Lubbock County Hospital District, Memorial Health Services d/b/a MemorialCare Health System, Mount Sinai Medical Center Of Florida, Inc., North Broward Hospital District d/b/a Broward Health, NorthBay Healthcare Corporation, Ochsner Clinic Foundation, Ochsner LSU Health System of North Louisiana, Salinas Valley Memorial Healthcare System d/b/a Salinas Valley Health, St. Tammany Parish Hospital Service District No. 2, Steward Health Care System, LLC, and Tallahassee Memorial HealthCare Inc. in the above-styled case.

This 24th day of September, 2025.

Respectfully submitted,

<u>*/s/ Hershel Wancjer*</u>
Hershel Wancjer, Esq.
**KING & SPALDING LLP**
1700 Pennsylvania Avenue, NW, Suite 900
Washington, DC 20006

Tel: (202) 737-0500
Fax: (202) 626-3737
Email: hwancjer@kslaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Hershel Wancjer*
Hershel Wancjer