FILED
2025 Sep-25 AM 09:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF**
**ALABAMA SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No.: 2406)** | ) | **Master Case No.: 2:25-md-10000-RDP** Provider Opt Out Cases |

# NOTICE OF APPEARANCE

**COMES NOW**, Annika Burton of the law firm King & Spalding LLP and hereby enters this Notice of Appearance as counsel on behalf of Plaintiffs ApolloMD Business Services, LLC, Beebe Medical Center, Inc. d/b/a Beebe Healthcare, CEP America, LLC d/b/a Vituity, Covenant Health, Inc., Hospital Service District No. 1 of St. Charles Parish, Kaweah Delta Health Care District, Lubbock County Hospital District, Memorial Health Services d/b/a MemorialCare Health System, Mount Sinai Medical Center Of Florida, Inc., North Broward Hospital District d/b/a Broward Health, NorthBay Healthcare Corporation, Ochsner Clinic Foundation, Ochsner LSU Health System of North Louisiana, Salinas Valley Memorial Healthcare System d/b/a Salinas Valley Health, St. Tammany Parish Hospital Service District No. 2, Steward Health Care System, LLC, and Tallahassee Memorial HealthCare Inc. in the above-styled case.

This 25th day of September, 2025.

Respectfully submitted,

*/s/ Annika Burton*

Annika Burton, Esq.
**KING & SPALDING LLP**
1290 Avenue of the Americas
New York, NY 10104

Tel: (212) 556-2100
Fax: (212) 556 2222
Email: aburton@kslaw.com

Attorney for Plaintiffs

**CERTIFICATE OF SERVICE**

I hereby certify that on September 24, 2025, a copy of the foregoing was filed electronically. Notice of this filing will be sent by operation of the Court's electronic filing system to all parties indicated on the electronic filing receipt. Parties may access this filing through the Court's electronic filing system.

*/s/ Annika Burton*
Annika Burton