# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | **Case No. 2:25-md-10000-AMM** |
| **(MDL No. 2406)** | Provider Opt-Out Cases |
| | OPPOSED |
| THIS DOCUMENT RELATES TO ALL CASES | |

## PROVIDER OPT-OUTS' OPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL PRODUCTION OF PREVIOUSLY PRODUCED DISCOVERY

Pursuant to this Court's Initial Order, the Provider Opt-Out Plaintiffs ("Provider Opt-Outs") seek leave from this Court to file a motion to compel the immediate production of the healthcare provider payment structured data sets the Blues previously agreed to produce.

I. **NATURE OF THE DISPUTE**

1. On August 8, 2025, the JPML transferred the Provider Opt-Out actions to the Northern District of Alabama.[1] In advocating for transfer, the Blues trumpeted the benefits of the MDL court's history with these cases to "ensure that discovery in the opt-out cases proceeds as expeditiously and equitably as possible." *See* JPML Doc. 951 at 10. On the day of the transfer, the Court ordered the parties "to meet and confer to consider what, if any, coordination would be appropriate between the ASO[2] opt-out cases and the Provider opt-out cases" and file a joint report

---

[1] The Provider Opt-Out cases were first assigned to Judge Proctor and then reassigned to Judge Manasco. We refer to both judicial officers as "the Court." Citations using the format "Doc. ___" are to the Provider Opt-Out MDL docket, No. 25-md-10000, unless another docket is otherwise identified. Citations to the Judicial Panel on Multidistrict Litigation's ("JPML") docket for MDL No. 2406 use the format "JPML Doc. ___."

[2] "ASO" refers to "Administrative Services Only," plans of insurance offered by the Blues, whereby employers self-fund and are financially at risk for payments to providers. The Blues administer these employer self-funded plans in exchange for fees. For purposes of this Motion, "ASO opt-outs" refer to the National Account ASO Opt-Out Subscriber actions that were filed in this district beginning in September 2021 and were transferred to the MDL on August 8, 2025. *See* Compl., *Alaska Air Group, Inc. v. Anthem. Inc.*, No. 21-1209, ECF No. 1 (N.D. Ala. Sep. 4, 2021); Compl., *JetBlue Airways Corp. v. Anthem, Inc.*, No. 22-558, ECF No. 1 (N.D. Ala. May 2, 2022); Compl., *Bed Bath & Beyond, Inc. v. Anthem, Inc.*, No. 22-1256, ECF No. 1 (N.D. Ala. Sep. 27, 2022); Transfer Order, *In re Blue Cross Blue Shield Antitrust Litig.*, MDL No. 2406, ECF No. 951 (N.D. Ala. Aug. 8, 2025).

1

summarizing any conclusions reached during the meet and confer discussions.[3] The parties subsequently met and conferred, including under Special Master Gentle's direction, and discussed, among other issues, how the existing discovery record should be shared with Provider Opt-Outs. *See, e.g.*, Ex. A[4] at 1 (Sep. 4, 2025 Letter from Blues to Provider Opt-Outs) (the Blues "suggested that ***discovery from the MDL and other related cases*** might allow the parties to coordinate and streamline discovery in these cases" *and* agreed to produce documents, including structured data,[5] "by early this fall; ***without the need for discovery requests***") (emphasis added).

2.  Addressing structured data in the Joint Status Report, the Blues stated: "based on the Blues' proactive outreach, the parties to the Provider Opt-Out Actions are negotiating what structured data from the MDL will be reproduced in the Provider Opt-Out Actions. . . . Defendants proposed a [vendor security agreement

---

[3] *See* August 8, 2025 Order ("Coordination Order") (citation modified) entered in *Alaska Air Group, Inc. v. Anthem, Inc.*, No. 21-cv-1209, Doc. 613; *JetBlue Airways Corp. v. Anthem, Inc.*, No. 22-cv-558, Doc. 537; and *Bed Bath & Beyond Inc., v. Anthem, Inc.*, No. 22-cv-1256, Doc. 504.

[4] Exhibits A, B, and C referenced in this motion are filed as attachments to Provider Opt-Outs' Opposed Motion to Compel Production of Previously Produced Discovery, which is itself included as an attachment to this motion in accordance with Section III.F of this Court's Initial Order.

[5] "Structured data" refers to any data that resides in a fixed field within a record or file, such as data stored in Oracle, SQL, or files that are in columns/rows or a fixed field with a predefined format. For purposes of this motion, structured data also includes data dictionaries, field listings and crosswalks, which define and describe data elements within a dataset, identify specific data points, and map data elements from one database to another, respectively.

("VSR")] and request that it be entered so that structured data can be reproduced."[6]  Doc. 7 at 10.

3.    On September 9, 2025, Judge Proctor set a status conference for September 24, 2025.  Doc. 5 at 1.  The Parties jointly proposed an agenda for the status conference, identifying "Discovery Record Coordination" and specifically, "[a]ccess to pre-existing discovery record," as the first item on the agenda.  Doc. 23.  At the hearing, the Court first addressed access to the preexisting discovery record.  Sep. 24, 2025 Status Conference Tr., Doc. 39 at 7:14-24.  Consistent with earlier discussions between the parties and Special Master Gentle, the Blues represented to the Court they were ready and willing to provide discovery already produced in this MDL and the related *Prime* litigation in California[7]:

> [A]t the very outset of this case, ***to afford [Provider Opt-Outs] efficiency and to ensure that they got the benefit of all the documents the Blues have already produced in this case***, we actually suggested to them as soon as you're part of the MDL and as soon as you're under the protective order, which they are, ***you can have all of our documents.  We will get them to you.***  We will get them to you for the MDL.  We will get them to you for the ASO cases.

---

[6] This statement directly refutes the Blues' assertion at Doc. 83, footnote 8 (citing Doc. 7 at 9-10).

[7] *See VHS Liquidating Tr. v. Blue Cross of Cal.*, No. RG21-106600 (Cal. Super. Ct. – Alameda Cnty.) ("*Prime*").  In the MDL and *Prime* cases, the Blues produced structured data documenting their payments to health care providers, including the Provider Opt-Outs, for every single bill or "claim" for health care services providers rendered to Blues' subscribers since 2008.  In the MDL, the Blues produced structured data from at least 2008 through 2014, and in *Prime,* the Blues supplemented their structured data productions from 2015 through 2023.

3

> There's also a *Prime* case . . . over in California also has some productions. . . . We've said you can have all of that for the Blues documents, the ones we're in control of.

*Id.* at 27:22-28:12 (emphasis added). The Blues also told the Court they had offered to meet and confer on a plan-by-plan basis (with Cravath accounting for about fifteen Blue plans plus the Blue Cross Blue Shield Association) to address any gaps in production of both unstructured and structured data; the goal being "how can we move through this efficiently so that **we can get these documents in [Provider Opt-Outs] hands**." *Id.* at 29:2-4 (emphasis added); *see also* 29:25 ("[W]e're prepared to do those [meet and confers] promptly."). In response, the Court expressed its appreciation for everyone working together, noting: "I think this case affords us the opportunity to jump right into some discovery exchanges early on without having to go through [the pleadings before discovery]." *Id.* at 30:6-8.

4. Following the hearing, Judge Proctor promptly entered the stipulated order for VSR on September 25. Doc. 34.

5. As offered by the Blues, Provider Opt-Outs participated in over ten conferences with different counsel for the Blues from September 26 through October 27, 2025, regarding the promised production of existing discovery—specifically, structured data. In an October 10, 2025 letter, the Blues committed to begin a production of the structured data produced in the *Prime* case **"within approximately 2 weeks from entry of the protective order, and will aim to complete**

4

*any such production within 4 weeks of that*." Ex. B at 5 (Oct. 10, 2025 Letter from Blues to Provider Opt-Outs) (emphasis added).

6. On November 4, 2025, the Court entered a protective order enabling Provider Opt-Outs' access to documents and data previously produced by the Blues. Doc. 59. That same day, the Blues reversed course and stopped cooperating regarding structured data. Despite their prior commitments and representations to the Court, the Blues informed Provider Opt-Outs that they refuse "to provide *any* discovery until the [C]ourt . . . issued an order on a consolidated complaint and the parties . . . engaged in the standard Rule 16/Rule 26 processes." Ex. C at *5 (Nov. 4, 2025 Email from Blues to Provider Opt-Outs).

7. Health care claims data is extraordinarily complex and encompasses billions of different data points. Access to the already-produced structured data, which has been in the Blues' possession for many years, is essential as it contains numerous data points that may not exist in Provider Opt-Outs' own claims data. The analysis and interpretation of such large data sets, as is common in complex antitrust actions, typically requires many months of sustained analysis.

8. As the parties and the Court have already recognized, access to the existing structured data ahead of formal discovery will create efficiencies for the Court and parties to the Provider Opt-Out matters. Allowing Provider Opt-Outs to understand the intricacies of the numerous data fields within these past

5

productions—to know and understand what massive amounts of data have already been produced—will significantly reduce potential discovery disputes and help focus any additional claims payment-related discovery needed as the case proceeds. Given the amount of time it will take to process and analyze the Blues' structured data productions, reproducing the data now, as the parties all agreed five months ago, will also greatly speed the litigation. These efficiencies further advance the Court's instruction for the parties to coordinate to maximize efficiencies in previously produced discovery.

9. Despite these efficiencies and the Blues' previous representations to the Court and the Provider Opt-Outs before and during the meet-and confer process, the Blues have held steadfast in their refusal since abruptly reversing course on November 4, 2025. Since then, the Blues have instead used existing structured data discovery as leverage to pressure Provider Opt-Outs to agree to the Blues' demands for a consolidated complaint.[8] Provider Opt-Outs, therefore, seek an order to enforce the Court's coordination goals and seek leave of the Court to allow Provider Opt-Outs to file a motion to compel the Blues to do what they already told this Court they would do: produce all structured data already produced in the MDL and *Prime* matters.

---

[8] The Blues have failed to respond to any of the Provider Opt-Out complaints. That failure is subject to a separate pending motion. *See* Doc. 80.

## II. EFFORTS TO RESOLVE THIS DISPUTE HAVE FAILED

10. The *same day* the Protective Order was entered, the Blues reneged on their commitment to produce structured data already produced in the MDL and *Prime* case, now conditioning production on Provider Opt-Outs' agreement to file a consolidated complaint. The Blues (represented by Cravath) and Provider Opt-Outs exchanged emails from November 4 through 10, 2025, attempting unsuccessfully to resolve this newly created dispute. Since then, the Blues' position remains unchanged and they refuse to produce the previously produced structured data absent Provider Opt-Outs' agreement to file a consolidated complaint or pursuant to a Court order.

11. On November 10, 2025, Provider Opt-Outs informed the Blues that they intended to raise the issue with Special Master Gentle and asked that the Blues communicate whether they believed there was anything else to discuss by the end of the day. The Blues did not respond. Provider Opt-Outs subsequently received emails from other Blues' counsel, *e.g.*, Bodman, PLC (counsel to BCBS-MI and BCBS-VT) on November 12, Hogan Lovells (counsel to BCBS-LA, BCBS-MN, BCBS-RI, Cambia/Regence, Elevance and Horizon) on November 15, and Brunini Law (counsel to BCBS-MS) on December 1, 2025, referring to the same position referenced in the November 4 email from the Cravath Blues regarding their refusal to produce the previously produced structured data.

7

12. As a result of the Blues' refusal to honor their commitments to the Court and Provider Opt-Outs regarding the previously produced structured data, Provider Opt-Outs raised this dispute, along with others, in a letter to Special Master Gentle on December 23, 2025. At Special Master Gentle's suggestion, the parties met and conferred again by phone on January 9, 2026. During the call, Provider Opt-Outs again asked the Blues whether their position had changed regarding production of the existing structured data from the MDL and *Prime* matters. The Blues confirmed that their position had not changed and that the parties were at an impasse regarding this issue.

13. For the foregoing reasons, Provider Opt-Outs respectfully request leave to file a motion to compel the Blues to produce all previously produced structured data in the MDL and the *Prime* case within thirty (30) days.

Dated: February 26, 2025

/s/ *Judith A. Zahid*
Judith A. Zahid
Eric W. Buetzow
Heather T. Rankie
Sarah Van Culin
**Zelle LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
jzahid@zellelaw.com
ebuetzow@zellelaw.com
hrankie@zellelaw.com
svanculin@zellelaw.com

*Attorneys for Associated Health Services, Inc.; Duke Affiliations Network, Inc.; Duke Health Integrated Practice, Inc.; Duke University Affiliated Physicians, Inc.; Duke University Health System, Inc.; Duke University*

/s/ *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell
Sarah O'Laughlin Kulik
Jessica Priselac
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
sszabaneh@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com
jpriselac@duanemorris.com

Respectfully submitted,

/s/ *Michael E. Martínez*
Michael E. Martínez (Ill. Bar No. 6275452)
Lauren Norris Donahue (Ill. Bar No. 6294505)
Victoria S. Pereira Duarte (Ill. Bar No. 6336540)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Michael.Martinez@klgates.com
Lauren.Donahue@klgates.com
Victoria.Duarte@klgates.com

Michael J. Stortz (Cal. Bar No. 139386)
**K&L GATES LLP**
4 Embarcadero Ctr, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Michael.Stortz@klgates.com

Richard W. Fields (D.C. Bar No. 418444)
Martin Cunniff (D.C. Bar No. 424219
Edward Han (D.C. Bar No. 394515)
**FIELDS HAN & CUNNIFF PLLC**
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C.
Telephone: (833) 382-9816
fields@fhcfirm.com
martincunniff@fhc.com
edhan@fhcfirm.com

*Counsel for Bon Secours Mercy Health, Inc., University Health Systems of*

9

Rebecca Bazan
**DUANE MORRIS LLP**
901 New York Avenue N.W., Ste 700 East
Washington, D.C. 20001
(202) 766-7800
rebazan@duanemorris.com

Wilson F. Green
**Wilson F. Green LLC**
301 19th Street North, Ste. 525
Birmingham, AL 35203
(205) 722-1018
wilson@wilsongreenlaw.com

*Attorneys for Plaintiffs Temple University Health System, Inc.; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Northwell Health, Inc.; HMH Hospitals Corporation; The Nemours Foundation; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital d/b/a Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare System, Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. d/b/a St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems d/b/a Northern Light Health; LHHealth, LLC, Harvard Medical Faculty Physicians at Beth Israel Deaconess Eastern Carolina, Inc., Endeavor Health, INTEGRIS Health, Inc., Main Line Health, Inc., Medical University Hospital Authority, Mercy Health, Norton Healthcare, Inc., Providence St. Joseph Health, Roper St. Francis Healthcare, Sanford, Thomas Jefferson University, The Regents of the University of Michigan on behalf of University of Michigan Health, University of North Carolina Health Care System, University of Rochester, and West Virginia United Health System, Inc.*

*/s/ Cindy Reichline*
Keith Butler
Cindy Reichline
Shira Liu
Fiona Tang
Taylor Keating
Ryan Roth
**BRS LLP**
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
Tel: (310) 295-9524
kbutler@brsllp.com
creichline@brsllp.com
sliu@brsllp.com
ftang@brsllp.com
tkeating@brsllp.com
rroth@brsllp.com

*Attorneys for Plaintiffs Allina Health System; Atlantic Health System; CentraCare Health System; Fairview Health Services; Mayo Clinic; RWJ Barnabas Health, Inc.; University of*

10

*Medical Center, Inc.; Radiology Partners, Inc.; and Highlands Oncology Group, P.A.*

/s/ *Kathryn A. Reilly*
Kathryn A. Reilly
Michael T. Williams
Judith P. Youngman
Galen D. Bellamy
Joel S. Neckers
Michael R. Krantz
Michael Baker
370 17th Street, Suite 4500
Denver, CO 80202
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Email: reilly@wtotrial.com
Telephone: (303) 244-1918
reilly@wtotrial.com
youngman@wtotrial.com
bellamy@wtotrial.com
neckers@wtotrial.com
krantz@wtotrial.com
mbaker@wtotrial.com

*Attorneys for Plaintiffs Corewell Health, Iowa Health System d/b/a UnityPoint, and Hospital Sisters Health System*

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric H. Wessan*
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319

*Florida Health Corporation; and The University of Chicago Medical Center*

/s/ *Jon Corey*
Jon Corey
**MCKOOL SMITH, PC**
1717 K Street NW, Suite 1000
(202) 370-8300
jcorey@mckoolsmith.com

John Briody
James Smith
**MCKOOL SMITH, PC**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 402-9400
jbriody@mckoolsmith.com
jsmith@mckoolsmith.com

Lew LeClair
**MCKOOL SMITH, PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
lleclair@mckoolsmith.com

*Attorneys for Plaintiffs Temple University Health System, Inc.; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Northwell Health, Inc.; HMH Hospitals Corporation; The Nemours Foundation; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital d/b/a Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare System,*

11

(515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for State University of Iowa*

/s/ Ross E. Elfand
Robert M. Cooper
Hershel Wancjer
**KING & SPALDING LLP**
1700 Pennsylvania Avenue NW Suite 900
Washington, DC 20006
rcooper@kslaw.com
hwancjer@kslaw.com
Telephone: (202) 737-0500

Damien Marshall
Ross E. Elfand
Marisa Manzi
Annika Burton
Alexandra Valas
Annie H. Somerville (admission to S.D.N.Y. pending)
**KING & SPALDING LLP**
1290 Avenue of the Americas
14th Floor New York, NY 10104
dmarshall@kslaw.com
relfand@kslaw.com
mmanzi@kslaw.com
aburton@kslaw.com
lvalas@kslaw.com
Telephone: (212) 556-2100

*Attorneys for Plaintiffs NorthBay Healthcare Corporation; ApolloMD Business Services, LLC; Beebe Medical Center, Inc. d/b/a Beebe Healthcare; Covenant Health, Inc.; Kaweah Delta Health Care District; Memorial Health Services d/b/a Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. d/b/a St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems d/b/a Northern Light Health; LHHealth, LLC, Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc.; Radiology Partners, Inc.; and Highlands Oncology Group, P.A.*

/s/ Ryan P. Phair
Ryan P. Phair
Michael F. Murray
Carter C. Simpson
Christopher C. Brewer
Emma Hutchison
Terence Parker
Hasan Siddiqui
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
ryanphair@paulhastings.com
michaelmurray@paulhastings.com
cartersimpson@paulhastings.com
chrisbrewer@paulhastings.com
emmahutchison@paulhastings.com
terenceparker@paulhastings.com
hasansiddiqui@paulhastings.com
Telephone: (202) 551-1751

Stephen J. McIntyre
**PAUL HASTINGS LLP**
515 South Flower Street, Fl. 25
Los Angeles, CA 90071
stephenmcintyre@paulhastings.com
Telephone: (213) 683-6110

12

*MemorialCare Health System; Mount Sinai Medical Center of Florida, Inc.; North Broward Hospital District d/b/a Broward Health; Ochsner Clinic Foundation; Ochsner LSU Health System of North Louisiana; Hospital Service District No. 1 of St. Charles Parish; St. Tammany Parish Hospital Service District No. 2; Salinas Valley Memorial Healthcare System d/b/a Salinas Valley Health; Steward Health Care System LLC; Tallahassee Memorial HealthCare, Inc.; Lubbock County Hospital District; CEP America, LLC d/b/a Vituity*

/s/ *Steven Sklaver*
Steven Sklaver
Glenn C. Bridgman
Molly A. Karlin
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
mkarlin@susmangodfrey.com

Tanner Laiche
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
tlaiche@susmangodfrey.com

Cyril V. Smith
csmith@zuckerman.com
**ZUCKERMAN SPAEDER LLP**

*Attorneys for Adventist Health System Sunbelt Healthcare Corporation d/b/a AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Duke Affiliations Network, Inc.; Duke Health Integrated Practice, Inc.; Duke University Affiliated Physicians, Inc.; Duke University Health System, Inc.; Duke University; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; Lifepoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa, and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; State University of Iowa; Sutter Health; Texas Health Resources; the University of Wisconsin Hospitals and Clinics Authority; Associated Health Services, Inc.*

/s/ *R. Bruce Barze, Jr.*
R. Bruce Barze, Jr. (asb-8163-R71R)
**Barze Taylor Noles Lowther LLC**
Lakeshore Park Plaza
2204 Lakeshore Drive, Ste. 425
Birmingham, Alabama 35209
(205) 872-1015
bbarze@btnllaw.com

*Attorney for Adventist Health System*

13

100 E Pratt Street, Suite 2440
Baltimore, MD 21202
Telephone: (410) 332-0444
Facsimile: (410) 659-0436

Christopher R. MacColl
cmaccall@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, D.C. 20037
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

*Attorneys for Plaintiffs Memorial Hospital for Cancer and Allied Diseases, Memorial Sloan-Kettering Cancer Center, and South Shore Hospital, Inc.*

/s/ Daniel L. Warshaw
DANIEL L. WARSHAW
dwarshaw@pwfirm.com
BOBBY POUYA
bpouya@pwfirm.com
MICHAEL H. PEARSON
mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs IES Central Texas PLLC; IES HSP Indiana LLC; IAS Arizona PLLC; IAS Oklahoma LLC; IES Alabama PLLC; IES Arizona PLLC; IES Colorado PLLC; IES Carrollton PLLC; IES Florida PLLC; Integrative Emergency Services Physician Group -Houston,*

*Sunbelt Healthcare Corporation d/b/a AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; Lifepoint Health, Inc.; Mass General Brigham Incorporated; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; State University of Iowa; Texas Health Resources; and the University of Wisconsin Hospitals and Clinics Authority*

/s/ *Lee Van Voorhis*
Lee Van Voorhis
Christos Christodoulou
**WOMBLE BOND DICKINSON (US) LLP**
2001 K Street NW
Washington, DC 20006
Christos.Christodoulou@wbd-us.com
Telephone: (202) 857-4563

Jason C. Hicks
Ian R. Dickinson
**WOMBLE BOND DICKINSON (US) LLP**
201 E. Main Street, Suite P
Charlottesville, VA 22902
Jason.Hicks@wbd-us.com
Ian.Dickinson@wbd-us.com

14

PLLC; IES HSP Oklahoma LLC; IES Hospitalists PLLC; IES Oklahoma LLC; IES South Carolina LLC; Integrative Health Arizona LLC; Integrative Care Services Florida LLC; IES OBS Colorado PLLC; Integrative Emergency Services Physician Group, P.A.; IES Arkansas PLLC; IES Hsp Arkansas PLLC; IES Missouri LLC; IES Hsp Missouri LLC; Integrative Health Texas PLLC, AmeriTeam Services, LLC; Southeastern Emergency Physicians LLC; Texas Medicine Resources, LLP; Emergency Coverage, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; Longhorn Emergency Medicine Associates, P.A.; Mid-Ohio Emergency Services LLC; ACS Primary Care Physicians – Southeast, P.C.; Fremont Emergency Services (Scherr), Ltd.; Texas Physician Resources, LLP; InPhyNet South Broward, LLC; Paragon Contracting Services, LLC; Paragon Emergency Services LLC; ACS Primary Care Physicians Southwest, P.A.; Southeastern Emergency Physicians of Memphis, LLC; Emergency Services of Oklahoma, P.C., CommonSpirit Health; Dignity Health; Dignity Community Care; Virginia Mason Franciscan Health; Catholic Health Initiatives Colorado; St. Luke's Health System Corporation d/b/a CHI St. Luke's Health; CHI Nebraska d/b/a CHI Health; and KentuckyOne Health, Inc.

*/s/ Harvey J. Wolkoff*

Telephone: (202) 857-4536

Richard J.R. Raleigh, Jr.
**WOMBLE BOND DICKINSON (US) LLP**
200 Davis Cir SW
Suite 200
Huntsville, Alabama 35801
Richard.Raleigh@wbd-us.com
Telephone: (256) 834-8651

*Attorneys for Plaintiffs Phoebe Putney Memorial Hospital, Inc., Phoebe Sumter Medical Center, Inc., Phoebe Worth Medical Center, Inc., and Phoebe Physician Group, Inc.*

*/s/ William Lavery*
William Lavery
Joseph Ostoyich
Danielle Morello
Jordan Passmore
Dorothea R. Allocca
Sung Shin
**CLIFFORD CHANCE US LLP**
2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5000
william.lavery@cliffordchance.com
joseph.ostoyich@cliffordchance.com
danielle.morello@cliffordchance.com
jordan.passmore@cliffordchance.com
dodi.allocca@cliffordchance.com
sung.shin@cliffordchance.com

Sanaz Payandeh
**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, New York 10001

15

Harvey J. Wolkoff
Aliki Sofis
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199-3600
Tel.: (617) 712-7100
harveywolkoff@quinnemanuel.com
alikisofis@quinnemanuel.com

Adam B. Wolfson
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
Tel.: (213) 443-3000
adamwolfson@quinnemanuel.com

David LeRay
Samuel I. Waranch
Vinay S. Basti
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Ave., 9th Fl.
New York, NY 10016
Tel.: (212) 849 7100
davidleray@quinnemanuel.com
samuelwaranch@quinnemanuel.com
vinaybasti@quinnemanuel.com
*Attorneys for Plaintiffs Boston Children's Hospital et al.*

Tel: (212) 878-8000
sanaz.payandeh@cliffordchance.com

*Attorneys for Plaintiffs Mount Nittany Health System and Weill Cornell Medicine*

## **CERTIFICATE OF SERVICE**

I hereby certify that on February 26, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF System, which will send notices of such filing to all counsel of record.

Dated: February 26, 2026

*s/ Michael E. Martínez*
Michael E. Martínez
