# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION<br><br>**(MDL No. 2406)**<br><br>THIS DOCUMENT RELATES TO ALL CASES IN 2:25-MD-10000-AMM | **Case No. 2:25-md-10000-AMM**<br><br>Provider Opt-Out Cases |

## [PROPOSED] ORDER GRANTING PROVIDER OPT-OUTS' OPPOSED MOTION FOR LEAVE TO FILE MOTION TO COMPEL PRODUCTION OF PREVIOUSLY PRODUCED DISCOVERY

Having considered the parties' submissions and for good cause shown, it is

**HEREBY ORDERED THAT**:

1. Provider Opt-Out Plaintiffs are permitted to file their Motion to Compel Production of Previously Produced Discovery.

**DONE** and **ORDERED** this _____, 2026.

_____
**ANNA M. MANASCO**
U.S. DISTRICT JUDGE