# EXHIBIT E

# CRAVATH

Karin A. DeMasi
kdemasi@cravath.com
T +1-212-474-1059
New York

December 15, 2025

*In re Blue Cross Blue Shield Antitrust Litigation*, MDL. No. 2406
Master Case No.: 2:25-md-10000-RDP
The Provider Opt Out Cases

Counsel,

We have received your December 12, 2025 letter. It is not surprising that Plaintiffs are frustrated with the pace of your cases. Had Plaintiffs agreed to the reasonable and efficient coordination that Defendants proposed in August, these cases would be through the pleading stage, already in discovery and ready for standard of review briefing. Instead, Plaintiffs insisted on an inefficient procedure whereby more than 30 defendants would need to respond to 20 separate complaints brought by over 500 plaintiffs seeking damages on behalf of 7,000 providers. The parties' respective positions are set out in the Joint Report, were argued on September 24, and are awaiting the Court's direction. Until then, the "deadlines for responsive pleadings" in these cases remain "**STAYED**" pursuant to Case Management Order No. 1. (Doc. 5 at 1.) In the meantime, we trust that Plaintiffs are familiarizing themselves with the sizeable MDL unstructured production, and the parties have begun laying the groundwork for eventual productions of each Plan's respective structured data.

We are also mindful of the Special Master's update to the parties on November 20 advising that the JPML would be transferring these cases to Judge Manasco on or about December 30; that there will then be a transition Zoom; and that this may be difficult to schedule in the immediate future due to ongoing trials. Based on this update, it makes no sense for Plaintiffs to start filing motions on issues already fully briefed in the Joint Report and awaiting decision. Indeed, the Special Master expressly asked the parties to "redouble your efforts" to *resolve disputes*—not add to the Courts' load with needless motion practice.

For these reasons, there is no basis for Plaintiffs' proposed motion to compel (much less filed urgently for no reason over the holidays). At a minimum, any motion practice should be vetted in advance with the Special Master. In the event Plaintiffs would like to redouble our efforts to reach agreement on the issues raised in the Joint Report, we remain open to that discussion.

Sincerely,

*/s/ Karin A. DeMasi*
Karin A. DeMasi

**NEW YORK**
Two Manhattan West
375 Ninth Avenue
New York, NY 10001
T+1-212-474-1000
F+1-212-474-3700

**LONDON**
CityPoint
One Ropemaker Street
London EC2Y 9HR
T+44-20-7453-1000
F+44-20-7860-1150

**WASHINGTON, D.C.**
1601 K Street NW
Washington, D.C. 20006-1682
T+1-202-869-7700
F+1-202-869-7600

CRAVATH, SWAINE & MOORE LLP

2

Jon Corey
MCKOOL SMITH
jcorey@mckoolsmith.com
     Spokesperson for the Provider Opt-Out Plaintiffs


BY EMAIL