# EXHIBIT F

| | |
|---|---|
| **From:** | Jose, Elizabeth A. |
| **To:** | Hyman, Stacey A. |
| **Cc:** | David LeRay; Judith Zahid; bpouya@pwfirm.com; O"Laughlin Kulik, Sarah -EXTERNAL; Kelley, Derek W.; John Briody; Michael H. Pearson; hasansiddiqui@paulhastings.com; Fiona Tang; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline; Lew LeClair; Jon Corey; Gross, Daniel B.; Travis.Bustamante@nelsonmullins.com; Jose, Elizabeth A. |
| **Subject:** | RE: BCBS - Follow up to October 3, 2025 call |
| **Date:** | Monday, November 17, 2025 7:59:40 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

Stacey,

The background information we will produce are background documents such as available indices for the MDL and ASO document productions and search terms and custodians agreed with ASO plaintiffs for the ASO document productions. The ASO production index also identifies which ASO production volumes are "not deemed produced" in the Federal Provider Opt Out cases. The production also includes an early letter containing certain field information for the MDL structured claims data production. The production cover letters will provide more explanation about the background documents contained in the production.

These background productions are bates stamped with load files for loading into Relativity. They are small in size and will be produced by SFTP. However, the SFTP cannot be sent to a listserv so please provide the individuals to whom the SFTP productions should be sent.

Background correspondence about the MDL production is contained in our clients' ASO document productions. I assume you have access to the MDL and ASO document productions through the ASO plaintiffs' Relativity database and are able to view those documents consistent with the protective order.

As to structured data productions, I refer you to emails on November 4 and November 6, 2025 from Charlotte Rothschild at Cravath for Defendants' position.

Elizabeth

**Elizabeth Jose**
Counsel

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:        +1 202 637 5600
Direct:  +1 202 637 5460
Fax:       +1 202 637 5910
Email:   elizabeth.jose@hoganlovells.com
             www.hoganlovells.com

**From:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>

**Sent:** Thursday, November 13, 2025 4:43 PM
**To:** Jose, Elizabeth A. <elizabeth.jose@hoganlovells.com>; Gross, Daniel B. <daniel.gross@hoganlovells.com>; Travis.Bustamante@nelsonmullins.com
**Cc:** David LeRay <davidleray@quinnemanuel.com>; Judith Zahid <JZahid@zellelaw.com>; bpouya@pwfirm.com; O'Laughlin Kulik, Sarah -EXTERNAL <sckulik@duanemorris.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; John Briody <jbriody@McKoolSmith.com>; Michael H. Pearson <mpearson@pwfirm.com>; hasansiddiqui@paulhastings.com; Fiona Tang <ftang@brsllp.com>; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline <creichline@brsllp.com>; Lew LeClair <lleclair@mckoolsmith.com>
**Subject:** RE: BCBS - Follow up to October 3, 2025 call

**[EXTERNAL]**
Elizabeth and Travis,

We are responding to both of your emails together for ease of reference. We understand based on Elizabeth's email that you are preparing the structured data productions for Provider Opt Outs, but that these will not be complete for transfer for several weeks. As we have requested, before we receive any large productions of structured data, we request that you provide us with the data dictionaries, crosswalks or field listings that exist regarding the Blue Plans represented by Hogan Lovells.

We also appreciate that you are ready to send to us the background information production. Can you please let us know the size of this data and whether you are seeking to send to us via secure site or on a hard drive via a third party carrier? Once we have this information, we will provide you with the name and address where you can send the production and future productions.

Thank you,



**Stacey A. Hyman**
Partner
K&L Gates LLP
One Newark Center
10th Floor
Newark, New Jersey 07102
Phone: 973.848.4028
Fax: 973.848.4001
stacey.hyman@klgates.com
www.klgates.com

---

**From:** Jose, Elizabeth A. <elizabeth.jose@hoganlovells.com>
**Sent:** Friday, October 31, 2025 5:40 PM
**To:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>; Gross, Daniel B.

<daniel.gross@hoganlovells.com>

**Cc:** David LeRay <davidleray@quinnemanuel.com>; Judith Zahid <JZahid@zellelaw.com>; bpouya@pwfirm.com; O'Laughlin Kulik, Sarah -EXTERNAL <sckulik@duanemorris.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; John Briody <jbriody@McKoolSmith.com>; Michael H. Pearson <mpearson@pwfirm.com>; hasansiddiqui@paulhastings.com; Fiona Tang <ftang@brsllp.com>; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline <creichline@brsllp.com>; Lew LeClair <lleclair@mckoolsmith.com>; Jose, Elizabeth A. <elizabeth.jose@hoganlovells.com>

**Subject:** RE: BCBS - Follow up to October 3, 2025 call


Stacey,

Thank you for your email.  We will review your questions and get back to you.

Perhaps you can coordinate with Jon Corey.  We have been ready to produce background documents to plaintiffs since Monday.  Travis Bustamante of Nelson Mullins asked Jon Corey to whom we should send the productions and we have not heard back.   Those productions will provide information relating to several of your questions.

Elizabeth

**Elizabeth Jose**
Counsel

**Hogan Lovells US LLP**
Columbia Square
555 Thirteenth Street, NW
Washington, DC 20004-1109
Tel:      +1 202 637 5600
Direct:   +1 202 637 5460
Fax:      +1 202 637 5910
Email:    elizabeth.jose@hoganlovells.com
          www.hoganlovells.com

**From:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>
**Sent:** Friday, October 31, 2025 5:23 PM
**To:** Jose, Elizabeth A. <elizabeth.jose@hoganlovells.com>; Gross, Daniel B. <daniel.gross@hoganlovells.com>
**Cc:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>; David LeRay <davidleray@quinnemanuel.com>; Judith Zahid <JZahid@zellelaw.com>; bpouya@pwfirm.com; O'Laughlin Kulik, Sarah -EXTERNAL <sckulik@duanemorris.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; John Briody <jbriody@McKoolSmith.com>; Michael H. Pearson <mpearson@pwfirm.com>; hasansiddiqui@paulhastings.com; Fiona Tang <ftang@brsllp.com>; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline <creichline@brsllp.com>; Lew LeClair <lleclair@mckoolsmith.com>
**Subject:** BCBS - Follow up to October 3, 2025 call

**[EXTERNAL]**
Elizabeth and Daniel:

Thank you for speaking with the Provider Opt-Outs on October 16, 2025. We are writing to confirm our understanding regarding the agreement of BCBSLA, BCBS-MN, BCBS-RI, Cambia/Regence, Elevance and Horizon (the "Hogan Lovells Blue Plans") to provide the Provider Opt-Outs with certain structured data previously produced in the MDL and to the ASO opt-outs. Please confirm that our understanding is accurate or provide clarification with respect to the Provider Opt-Outs' agreement with the Hogan Lovells Blue Plans regarding the following:

1. The Hogan Lovells Blue Plans agree to identify by Bates number any financial structured data that was: (1) produced with Bates numbers to the ASO opt-outs, and (2) that the Hogan Lovells Blue Plans wish to categorize as "not deemed produced." See fn. 3 to Appendix E to the Parties Joint Submission on September 10.
2. This "not deemed produced" structured data produced in unstructured format largely includes profit and loss data related to National ASO accounts that the Hogan Lovells Blue Plans believe are not relevant to the Provider Opt-Out matters.
3. The Hogan Lovells Blue Plans agree to produce to the Provider Opt-Outs all individual Hogan Lovells Blue Plan provider side data from at least 2008 through 2015. Data subsequent to this data will be included in the NDW data to be produced by Cravath.
4. The pre-NDW individual Hogan Lovells Blue Plan provider side data includes claims information and enrollment data. Please confirm the following with respect to this data:
    a. The level of granularity of the claims data, i.e., at the individual claim line level for a particular CPT or HCPCS code, DRG for inpatient, etc.
    b. Whether the claims data contains the final adjudication data or only includes the initial payments by the Hogan Lovells Blue Plans prior to any potential adjustments.
    c. Whether the claims data is in any way geographically limited.
    d. The structured data to be produced by the Hogan Lovells Blue Plans includes enrollment data.
    e. The level of detail related to the enrollment data, i.e., enrollee level, state level, provider level, facility level
5. The structured data the Hogan Lovells Blue Plans are <u>not</u> willing to produce at this time is limited to subscriber side data. If so, please confirm that this data includes premiums data, patient demographic data, and to the extent the Hogan Lovells Blue Plans are unwilling to provide enrollment data, patient enrollment data.
    a. The Hogan Lovells Blue Plans do not believe this data is relevant to Provider Opt-Outs and/or that the data was extremely difficult to compile and produce to the ASO opt-outs, was extracted from numerous systems in both structured and unstructured form, and the data ultimately provided to the ASOs was incomplete.
    b. In the event Provider Opt-Outs wish to pursue this type of data from the

      Hogan Lovells Blue Plans, the Hogan Lovells Blue Plans are open to further discussion regarding the relevancy and the scope of such a request.

    c. To the extent the Hogan Lovells Blue Plans wish to pursue a two-sided market theory defense and refuses or is otherwise unable to produce such data in a usable form in discovery, the Hogan Lovells Blue Plans will not challenge Provider Opt-Outs' sourcing of such data from a third-party, such as the National Association of Insurance Commissioners ("NAIC").

6. The Hogan Lovells Blue Plans agree to produce any existing data dictionaries, crosswalks or field listings that exist related to the Hogan Lovells Blue Plans' structured data to be produced.  Provider Opt-Outs request this information be produced ahead of the structured data to allow for Provider Opt-Outs to review the data fields and address any questions to the Hogan Lovells Blue Plans prior to the production of the large volume of structured data.

We appreciate you providing responses to the above.  As we previously discussed, the production of structured data by the Hogan Lovells Blue Plans will be subject to a Stipulated Protective Order.  The parties filed the Stipulated Protective Order on October 20, 2025, which largely mirrors the Protective Order previously entered in the MDL and ASO opt-out matters.  Since the parties agree to be bound by the Stipulated Protective Order, there is no need to delay in providing Provider Opt-Outs with the documents requested in number 6 above.  Please send them to my attention as soon as possible so that we may continue to meet and confer pursuant to Judge Proctor's August 8, 2025 Order.

Thank you,



**Stacey A. Hyman**
Partner
K&L Gates LLP
One Newark Center
10th Floor
Newark, New Jersey 07102
Phone: 973.848.4028
Fax: 973.848.4001
stacey.hyman@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Stacey.Hyman@klgates.com.

_____
"Hogan Lovells" is an international legal practice that includes Hogan Lovells International LLP, Hogan Lovells US LLP and their affiliated businesses. Hogan Lovells International LLP is a limited liability partnership registered in England and

Wales with registered number OC323639 and is authorised and regulated by the Solicitors Regulation Authority of England and Wales. Registered office and principal place of business: Atlantic House, Holborn Viaduct, London EC1A 2FG. Hogan Lovells US LLP is a limited liability partnership registered in the District of Columbia. The word "partner" is used to describe a partner or member of Hogan Lovells International LLP, Hogan Lovells US LLP or any of their affiliated entities or any employee or consultant with equivalent standing. Certain individuals, who are designated as partners, but who are not members of Hogan Lovells International LLP, do not hold qualifications equivalent to members. For more information about Hogan Lovells, the partners and their qualifications, see www.hoganlovells.com.

CONFIDENTIALITY.
This email and any attachments are confidential, except where the email states it can be disclosed. It may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.

**About Hogan Lovells**
Hogan Lovells is an international legal practice that includes Hogan Lovells US LLP and Hogan Lovells International LLP. For more information, see www.hoganlovells.com.

CONFIDENTIALITY. This email and any attachments are confidential, except where the email states it can be disclosed; it may also be privileged. If received in error, please do not disclose the contents to anyone, but notify the sender by return email and delete this email (and any attachments) from your system.

PRIVACY. Hogan Lovells processes personal data, including data relating to email communications, in accordance with the terms of its privacy policy which is available at www.hoganlovells.com/en/privacy.