# EXHIBIT G

| | |
|---|---|
| **From:** | Markel, Alexandra |
| **To:** | Hyman, Stacey A.; Cylkowski, Sarah |
| **Cc:** | David LeRay; Judith Zahid; bpouya@pwfirm.com; O"Laughlin Kulik, Sarah -EXTERNAL; Kelley, Derek W.; John Briody; Michael H. Pearson; hasansiddiqui@paulhastings.com; Fiona Tang; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline; Lew LeClair |
| **Subject:** | Re: BCBS - Follow up to October 17, 2025 call |
| **Date:** | Wednesday, November 12, 2025 5:10:31 PM |

**This Message Is From an External Sender**
This message came from outside your organization.

This message was sent securely using Zix®

Good evening, Stacey,

In response to items 1 and 2 below, we can confirm that BCBSM and BCBS-VT agree to permit Provider Opt Outs to access the productions made in the ASO Opt Out litigations, and will not exclude any documents produced with a Bates number from that permission, including the structured data produced in those litigations.

Further, as noted in the September 10, 2025, Joint Report, at Appendix E (Case 2:21-cv-01209-RDP, Doc. 627-5), BCBSM will provide to Provider Opt Outs a supplemental production of the portion of its MDL documents not produced to ASO Opt Outs. BCBSM has prepared a hard drive containing these materials. Please advise how and to whom this hard drive should be directed.

With respect to items 3 through 6, we refer you to Charlotte Rothschild's November 4 and 6, 2025, correspondence.

Alex

**Alexandra C. Markel**
313-393-7511
AMarkel@BODMANLAW.COM



ATTORNEYS & COUNSELORS

**From:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>
**Sent:** Friday, October 31, 2025 5:22 PM
**To:** Markel, Alexandra <AMarkel@BODMANLAW.COM>; Cylkowski, Sarah <SCylkowski@BODMANLAW.COM>
**Cc:** David LeRay <davidleray@quinnemanuel.com>; Judith Zahid <JZahid@zellelaw.com>; bpouya@pwfirm.com <bpouya@pwfirm.com>; O'Laughlin Kulik, Sarah -EXTERNAL <sckulik@duanemorris.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; John Briody <jbriody@McKoolSmith.com>; Michael H. Pearson <mpearson@pwfirm.com>; hasansiddiqui@paulhastings.com <hasansiddiqui@paulhastings.com>; Fiona Tang <ftang@brsllp.com>; hwancjer@kslaw.com <hwancjer@kslaw.com>; lee.vanvoorhis@wbd-us.com

<lee.vanvoorhis@wbd-us.com>; lvalas@kslaw.com <lvalas@kslaw.com>; Cindy Reichline <creichline@brsllp.com>; Lew LeClair <lleclair@mckoolsmith.com>; Hyman, Stacey A. <Stacey.Hyman@klgates.com>
**Subject:** BCBS - Follow up to October 17, 2025 call

**CAUTION: External Sender.**

Sarah and Alexandra:

Thank you for speaking with the Provider Opt-Outs on October 16, 2025.  We are writing to confirm our understanding regarding the agreement of BCBSM and BCBS-VT (the "Bodman/A&O Blue Plans") to provide the Provider Opt-Outs with certain structured data previously produced in the MDL and to the ASO opt-outs.  Please confirm that our understanding is accurate or provide clarification with respect to the Provider Opt-Outs' agreement with the Bodman/A&O Blue Plans regarding the following:

1. The Bodman/A&O Blue Plans agree to identify by Bates number any financial structured data that was: (1) produced with Bates numbers to the ASO opt-outs, and (2) that the Bodman/A&O Blue Plans wish to categorize as "not deemed produced."  See fn. 3 to Appendix E to the Parties Joint Submission on September 10.
2. This "not deemed produced" structured data produced in unstructured format largely includes profit and loss data related to National ASO accounts that the Bodman/A&O Blue Plans believe are not relevant to the Provider Opt-Out matters.
3. The Bodman/A&O Blue Plans agree to produce to the Provider Opt-Outs all individual Bodman/A&O Blue Plan provider side data from at least 2008 through 2015.  Data subsequent to this data will be included in the NDW data to be produced by Cravath.
4. The pre-NDW individual Bodman/A&O Blue Plan provider side data includes claims information and enrollment data.  Please confirm the following with respect to this data:
    a. The level of granularity of the claims data, i.e., at the individual claim line level for a particular CPT or HCPCS code, DRG for inpatient, etc.
    b. Whether the claims data contains the final adjudication data or only includes the initial payments by the Bodman/A&O Blue Plans prior to any potential adjustments.
    c. Whether the claims data is in any way geographically limited.
    d. The structured data to be produced by the Bodman/A&O Blue Plans includes enrollment data.
    e. The level of detail related to the enrollment data, i.e., enrollee level, state level, provider level, facility level
5. The structured data the Bodman/A&O Blue Plans are <u>not</u> willing to produce at this time is limited to subscriber side data.  If so, please confirm that this data includes premiums data, patient demographic data, and to the extent the

    Bodman/A&O Blue Plans are unwilling to provide enrollment data, patient enrollment data.
- a. The Bodman/A&O Blue Plans do not believe this data is relevant to Provider Opt-Outs and/or that the data was extremely difficult to compile and produce to the ASO opt-outs, was extracted from numerous systems in both structured and unstructured form, and the data ultimately provided to the ASOs was incomplete.
- b. In the event Provider Opt-Outs wish to pursue this type of data from the Bodman/A&O Blue Plans, the Bodman/A&O Blue Plans are open to further discussion regarding the relevancy and the scope of such a request.
- c. To the extent the Bodman/A&O Blue Plans wish to pursue a two-sided market theory defense and refuses or is otherwise unable to produce such data in a usable form in discovery, the Bodman/A&O Blue Plans will not challenge Provider Opt-Outs' sourcing of such data from a third-party, such as the National Association of Insurance Commissioners ("NAIC").

6. The Bodman/A&O Blue Plans agree to produce any existing data dictionaries, crosswalks or field listings that exist related to the Bodman/A&O Blue Plans' structured data to be produced.  Provider Opt-Outs request this information be produced ahead of the structured data to allow for Provider Opt-Outs to review the data fields and address any questions to the Bodman/A&O Blue Plans prior to the production of the large volume of structured data.

We appreciate you providing responses to the above.  As we previously discussed, the production of structured data by the Bodman/A&O Blue Plans will be subject to a Stipulated Protective Order.  The parties filed the Stipulated Protective Order on October 20, 2025, which largely mirrors the Protective Order previously entered in the MDL and ASO opt-out matters.  Since the parties agree to be bound by the Stipulated Protective Order, there is no need to delay in providing Provider Opt-Outs with the documents requested in number 6 above.  Please send them to my attention as soon as possible so that we may continue to meet and confer pursuant to Judge Proctor's August 8, 2025 Order.

Thank you,



**Stacey A. Hyman**
Partner
K&L Gates LLP
One Newark Center
10th Floor
Newark, New Jersey 07102
Phone: 973.848.4028
Fax: 973.848.4001
stacey.hyman@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Stacey.Hyman@klgates.com.


This message was secured by Zix®.