FILED
2026 Feb-26 PM 08:08
U.S. DISTRICT COURT
N.D. OF ALABAMA

# EXHIBIT H

| | |
|---|---|
| **From:** | Benje Bailey |
| **To:** | Hyman, Stacey A.; Patrick McDowell |
| **Cc:** | David LeRay; Judith Zahid; bpouya@pwfirm.com; O"Laughlin Kulik, Sarah -EXTERNAL; Kelley, Derek W.; John Briody; Michael H. Pearson; hasansiddiqui@paulhastings.com; Fiona Tang; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline; Lew LeClair |
| **Subject:** | RE: BCBS - Follow up to October 17, 2025 call |
| **Date:** | Monday, December 01, 2025 12:17:28 AM |

---

**This Message Is From an External Sender**
This message came from outside your organization.

---

Good evening Stacey:

I hope you had a nice Thanksgiving. We are not going to engage in further discovery negotiations until we either reach agreement on how the case should proceed or engage in the standard discovery processes set forth in the federal rules.

Thanks.

Benje

---

**From:** Hyman, Stacey A. <Stacey.Hyman@klgates.com>
**Sent:** Friday, October 31, 2025 4:22 PM
**To:** Benje Bailey <BBailey@brunini.com>; Patrick McDowell <pmcdowell@brunini.com>
**Cc:** David LeRay <davidleray@quinnemanuel.com>; Judith Zahid <JZahid@zellelaw.com>; bpouya@pwfirm.com; O'Laughlin Kulik, Sarah -EXTERNAL <sckulik@duanemorris.com>; Kelley, Derek W. <Derek.Kelley@klgates.com>; John Briody <jbriody@McKoolSmith.com>; Michael H. Pearson <mpearson@pwfirm.com>; hasansiddiqui@paulhastings.com; Fiona Tang <ftang@brsllp.com>; hwancjer@kslaw.com; lee.vanvoorhis@wbd-us.com; lvalas@kslaw.com; Cindy Reichline <creichline@brsllp.com>; Lew LeClair <lleclair@mckoolsmith.com>; Hyman, Stacey A. <Stacey.Hyman@klgates.com>
**Subject:** BCBS - Follow up to October 17, 2025 call

[External Email Message]

Patrick and Benje:

Thank you for speaking with the Provider Opt-Outs on October 17, 2025.  We are writing to confirm our understanding regarding the agreement of BCBSMS to provide the Provider Opt-Outs with certain structured data previously produced in the MDL and to the ASO opt-outs.  Please confirm that our understanding is accurate or provide clarification with respect to the Provider Opt-Outs' agreement with BCBSMS regarding the following:

1. BCBSMS agrees to identify by Bates number any financial structured data that was: (1) produced with Bates numbers to the ASO opt-outs, and (2) that BCBSMS wishes to categorize as "not deemed produced."  See fn. 3 to

    Appendix E to the Parties Joint Submission on September 10.

2. This "not deemed produced" structured data produced in unstructured format largely includes profit and loss data related to National ASO accounts that BCBSMS believes is not relevant to the Provider Opt-Out matters.
3. BCBSMS agrees to produce to the Provider Opt-Outs all BCBSMS provider side data from at least 2008 through 2015. Data subsequent to this data will be included in the NDW data to be produced by Cravath.
4. The pre-NDW individual BCBSMS provider side data includes claims information and enrollment data. Please confirm the following with respect to this data:
    a. The level of granularity of the claims data, i.e., at the individual claim line level for a particular CPT or HCPCS code, DRG for inpatient, etc.
    b. Whether the claims data contains the final adjudication data or only includes the initial payments by BCBSMS prior to any potential adjustments.
    c. Whether the claims data is in any way geographically limited.
    d. The structured data to be produced by BCBSMS includes enrollment data.
    e. The level of detail related to the enrollment data, i.e., enrollee level, state level, provider level, facility level
5. The structured data that BCBSMS is <u>not</u> willing to produce at this time is limited to subscriber side data. If so, please confirm that this data includes premiums data, patient demographic data, and to the extent BCBSMS is unwilling to provide enrollment data, patient enrollment data.
    a. BCBSMS does not believe this data is relevant to Provider Opt-Outs and/or that the data was extremely difficult to compile and produce to the ASO opt-outs, was extracted from numerous systems in both structured and unstructured form, and the data ultimately provided to the ASOs was incomplete.
    b. In the event Provider Opt-Outs wish to pursue this type of data from BCBSMS, BCBSMS is open to further discussion regarding the relevancy and the scope of such a request.
    c. To the extent BCBSMS wishes to pursue a two-sided market theory defense and refuses or is otherwise unable to produce such data in a usable form in discovery, BCBSMS will not challenge Provider Opt-Outs' sourcing of such data from a third-party, such as the National Association of Insurance Commissioners ("NAIC").
6. BCBSMS agrees to produce any existing data dictionaries, crosswalks or field listings that exist related to the BCBSMS structured data to be produced. Provider Opt-Outs request this information be produced ahead of the structured data to allow for Provider Opt-Outs to review the data fields and address any questions to BCBSMS prior to the production of the large volume of structured data.

We appreciate you providing responses to the above. As we previously discussed, the production of structured data by BCBSMS will be subject to a Stipulated Protective Order. The parties filed the Stipulated Protective Order on October 20, 2025, which largely mirrors the Protective Order previously entered in the MDL and

ASO opt-out matters.  Since the parties agree to be bound by the Stipulated Protective Order, there is no need to delay in providing Provider Opt-Outs with the documents requested in number 6 above.  Please send them to my attention as soon as possible so that we may continue to meet and confer pursuant to Judge Proctor's August 8, 2025 Order.

Thank you,



**Stacey A. Hyman**
Partner
K&L Gates LLP
One Newark Center
10th Floor
Newark, New Jersey 07102
Phone: 973.848.4028
Fax: 973.848.4001
stacey.hyman@klgates.com
www.klgates.com

This electronic message contains information from the law firm of K&L Gates LLP. The contents may be privileged and confidential and are intended for the use of the intended addressee(s) only. If you are not an intended addressee, note that any disclosure, copying, distribution, or use of the contents of this message is prohibited. If you have received this e-mail in error, please contact me at Stacey.Hyman@klgates.com.