# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION | Case No. 2:25-md-10000-AMM |
| (MDL No. 2406) | Provider Opt-Out Cases |
| THIS DOCUMENT RELATES TO ALL CASES IN 2:25-MD-10000-AMM | |

## [PROPOSED] ORDER GRANTING PROVIDER OPT-OUTS' OPPOSED MOTION TO COMPEL PRODUCTION OF PREVIOUSLY PRODUCED DISCOVERY

Having considered the parties' submissions and for good cause shown, it is

**HEREBY ORDERED THAT**:

1. Defendants shall produce to Provider Opt-Outs within thirty (30) days of entry of this Order all structured data, including data dictionaries, field listings and crosswalks for that data, previously produced in *In re: Blue Cross Blue Shield Antitrust Litigation,* No. 2:13-cv-20000-RDP (MDL No. 2406), and *VHS Liquidating Tr. v. Blue Cross of Cal*., No. RG21-106600 ("*Prime*") (Cal. Super. Ct. – Alameda Cnty.).

**DONE** and **ORDERED** this _____, 2026.

_____
**ANNA M. MANASCO**
U.S. DISTRICT JUDGE