FILED
2026 Apr-20 PM 01:16
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **In Re: Blue Cross Blue Shield Antitrust Litigation (MDL No. 2406)** | **Case No. 2:25-md-10000-AMM** |
| **Alaska Air Group, Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **Case No. 2:21-cv-01209-AMM** |
| **JetBlue Airways Corporation, *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **Case No. 2:22-cv-00558-AMM** |
| **Bed Bath & Beyond Inc., *et al.*,**<br>**Plaintiffs,**<br>**v.**<br>**Anthem, Inc., *et al.*,**<br>**Defendants.** | **Case No. 2:22-cv-01256-AMM** |

**ORDER SETTING STATUS CONFERENCES**
**IN JUNE, AUGUST, AND NOVEMBER 2026**

The court **SETS** joint status conferences in these cases in Courtroom 8 of the Hugo L. Black United States Courthouse, 1729 5th Avenue North, Birmingham, Alabama at **9:30 a.m., Central Time**, on the following dates:

1. Tuesday, **June 2, 2026;**
2. Tuesday, **August 11, 2026**; and
3. Tuesday, **November 10, 2026**.

The court, through the Special Master, will provide listen-only telephone access instructions for those not able to attend in person or monitoring.

**On or before 5:00 p.m. on Thursday preceding the status conference**, the parties **SHALL** submit a joint report containing a proposed agenda of items the parties wish to be addressed during the status conference.

**DONE** and **ORDERED** this 20th day of April, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE