FILED
2026 May-05 PM 01:19
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master Case No.: 2:25-md-10000-AMM**<br><br>**This document relates to the Provider Opt-Out cases.** |

**ORDER REGARDING STIPULATION**
**FOR PREVIOUSLY DECIDED MOTIONS**

On May 4, 2026, the parties in the above-captioned actions jointly moved this court for an order extending the deadline for a stipulation and proposed order regarding grounds for dismissal of Plaintiffs' claims that were previously argued to the court in the MDL that the parties agree will be deemed preserved as if the rulings on those motions were made in the Provider opt-out cases or for the Defendants to file a motion related to this issue.

The request for an extension is **GRANTED**. The deadline for the parties to file a stipulation and proposed order or for the Defendants to file a motion related to this issue is **May 8, 2026**.

**DONE** and **ORDERED** this 5th day of May, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE