FILED

2026 Jul-09  PM 04:07
U.S. DISTRICT COURT
N.D. OF ALABAMA

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

|  |  |  |
|---|---|---|
| | } | |
| | } | |
| **IN RE: BLUE CROSS BLUE SHIELD** | } | |
| **ANTITRUST LITIGATION** | } | **Master Case No.:** |
| | } | **2:25-md-10000-RDP** |
| **(MDL NO.: 2406)** | } | Provider Opt-Out Cases |
| | } | |

## ORDER

Before the court is (1) Provider Opt-Outs' Opposed Motion to Compel Production of Previously Produced Discovery, Doc. 85-2, and (2) the Special Master's June 18, 2026 Report Respecting Structured Data.

In his Report, Special Master Gentle set forth a suggested remedy resulting from the parties' meet and confer process with him that should resolve Provider Opt-Outs' Motion to Compel:

A.    Off the Shelf Prime Data and the MDL Pre-2015 Data, with their inventories, would be produced as soon as practicable. The goal would be a "one-pull" process for each of the two databases to facilitate economic efficiency . . . .

B.    After reviewing the 'off the shelf' production, the Provider Opt-Outs would reserve the right to ask for additional structured data or related discovery for these same time periods, but could only do so by submitting formal Requests for Production under Rule 34. The Blues would reserve their right to object to such discovery under Rule 26(b)(1) or for any other valid reasons, and would reserve the right to as for costs in any supplemental structured data or related discovery production.

June 18, 2026 Report. Special Master Gentle requested that the parties respond to the suggested remedy within ten days.

The Provider Opt-Outs' response requested some clarifications, but otherwise stated that they:

> fully support the Report's recommendation that the Blue should (i) provide inventories of the contents of the MDL (2008-2015) and *Prime* (2015-2023) productions . . . , and (ii) produce previously produced structured data without formal discovery requests and with the Provider Opt-Outs reserving their rights to seek supplemental structured data from 2008-2023 pursuant to Rule 26(b)(1).

Stacy A. Hymen June 30, 2026 letter to Edgar C. Gentle, III.

Similarly, the Blues' response provided a clarifying comment, but otherwise stated that "Defendants have no objections to the Special Master's 'Suggested Remedy' and agree to produce the available 'Off the Shelf Prime Data' . . . and the 'MDL Pre-2015 Data' . . . as soon as practicable'." Hanna Dwyer June 29, 2026 letter to Special Master Gentle. The Blues defined  the "Off the Shelf Prime Data" as "the structured data extracted from the National Data Warehouse ("NDW") and produced in both the *Prime* case and to the ASOs for 2015 through 2023." The Blues defined the "MDL Pre-2015 Data" as "the structured data produced on an individualized basis by each Blue Plan in the MDL covering the pre-2015 time period . . . . as it was produced in the MDL . . . ." *Id*.

Based on the parties' responses to Special Master Gentle's "Suggested Remedy," the court **ADOPTS** that proposed remedy, and **ORDERS** as follows:

1. Defendants **SHALL** produce (1) the "Off the Shelf Prime Data," *i.e.*, "the structured data extracted from the National Data Warehouse ("NDW") and produced in both the *Prime* case and to the ASOs for 2015 through 2023": and (2) the "MDL Pre-2015 Data," *i.e.*, "the structured data produced on an individualized basis by each Blue Plan in the MDL covering the pre-2015 time period . . . . as it was produced in the MDL . . . .";

2. These productions **SHALL** be made as soon as practicable. Because the productions are "off the shelf," the parties **SHALL** be prepared to report on the status of the productions at the August 11, 2026 status conference.

3. After reviewing these productions, Provider Opt-Outs may seek additional structured data or related discovery for these same time periods by submitting formal Requests for Production under Rule 34. The Blues may object to such discovery requests. Any such requests **SHALL** be propounded not later than thirty (30) days following the last production made pursuant to paragraph 1 above.

4. Accordingly, Provider Opt-Outs' Opposed Motion to Compel Production of Previously Produced Discovery, Doc. 85-2, is **MOOT**.

**DONE** and **ORDERED** this 9th day of July, 2026.



**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE