FILED
2026 Aug-31 PM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**Exhibit A –Plaintiffs' Scheduling Proposal**

| Event | Plaintiffs' Proposal |
|---|---|
| ***Phase 1: Initial Disclosures, Fact Sheets, Responses to Certain Discovery Requests, Prior Discovery, Love Release Motions (all agreed upon dates)*** | |
| Initial Disclosures | August 28, 2026 |
| Defendants complete reproductions of documents and structured data from prior cases | September 15, 2026 |
| Deadline to Submit an ESI Protocol | October 1, 2026 |
| Deadline to Complete Plaintiff Fact Sheets | October 15, 2026 |
| Deadline for Professional-Only Groups to respond to Defendants' ROG Nos. 2 and 3 and Defendants' RFP No. 4 and for all Plaintiffs to respond to RFP No. 5. | October 15, 2026 |
| Defendants' Opening *Love* Brief | November 16, 2026 |
| Plaintiffs' Opposition *Love* Brief | January 11, 2027 |
| Defendants' Reply *Love* Brief | February 15, 2027 |
| Deadline for Plaintiffs to Amend and Consolidate Complaints as of right | Within 30 days of ruling on the *Love* motions |
| Deadline for Defendants to Amend Answers and Assert Counterclaims as of right | Within 75 days of ruling on the *Love* motions |
| Submission of Joint Report Regarding Proposed Case Schedule for Professional-Only Plaintiffs[1] | Within 90 days of ruling on *Love* motions |
| ***Phase 2: All Document Discovery*** | |
| Parties to Exchange Initial Discovery Requests and Begin Meet and Confers | September 15, 2026 |
| Service of Objections and Responses to Initial Discovery Requests | November 16, 2026 |

[1] The parties agree that all discovery and other matters as to the Professional-Only Plaintiffs (as identified in "BCBS Professional Only Chart" provided to Defendants) will be stayed until the Court rules on *Love* motions, and that the parties would confer and propose an appropriate schedule to address their claims. The claims of the "Health System Plaintiffs" (referring to the 93 "Health Systems" and all of their affiliated entities as identified in "BCBS – Health System Plaintiff Chart" provided to Defendants) would proceed in parallel with the *Love* motion schedule.

| Event | Plaintiffs' Proposal |
|---|---|
| Substantial Completion of Document Productions | September 8, 2027 |
| ***Phase 3: Additional Fact Discovery, Experts, and Dispositive Motions Limited to Common Issues*** | |
| Begin Scheduling Fact Depositions on Common Issues | June 1, 2027 |
| Submission of Joint Status Report Regarding Depositions Limitations | June 8, 2027 |
| Parties to Complete Serving Third-Party Subpoenas (Documents and Testimony) | February 8, 2028 |
| Fact Discovery Closes | April 28, 2028 |
| Service of Opening Expert Reports on Common Issues | June 30, 2028 |
| Service of Responsive Expert Reports on Common Issues | September 29, 2028 |
| Service of Rebuttal Expert Reports on Common Issues | November 30, 2028 |
| Expert Discovery on Common Issues Closes | December 20, 2028 |
| Summary Judgment and *Daubert* Motions on Common Issues | January 5, 2028 |
| Summary Judgment and *Daubert* Oppositions on Common Issues | February 29, 2029 |
| Summary Judgment and *Daubert* Replies on Common Issues | March 30, 2029 |
| Remand of Plaintiffs' Cases | Within 30 days of rulings on *Daubert* and summary judgment motions |