FILED
2026 Aug-31 PM 10:55
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit B

## Exhibit B - Defendants' Alternative Scheduling Proposal

Defendants maintain their position on the schedule submitted to the Court on August 6, 2026. (Dkt. 153.) In the alternative, Defendants respectfully submit the below proposal. The exact timing and structure of the schedule will be informed by Plaintiffs' Fact Sheets (due October 15), but the broad contours are outlined in the Joint Report. All dates in "Phase 1" have been agreed to by the parties as discussed above.

| Event | Defendants' Updated Proposal |
|---|---|
| ***Phase 1: Initial Disclosures, Fact Sheets, Responses to Certain Discovery Requests, Prior Discovery, Love Release Motions (all agreed upon dates)*** | |
| Initial Disclosures | August 28, 2026 |
| Deadline to Submit an ESI Protocol | October 1, 2026 |
| Deadline to Complete Plaintiff Fact Sheets | October 15, 2026 |
| Deadline for Professional-Only Groups to Respond to Defendants' ROG Nos. 2 and 3 and Defendants' RFP No. 4 and for All Plaintiffs to respond to RFP No. 5. | October 15, 2026 |
| Standard of Review Motion and Briefing | Parties to meet and confer on Standard of Review briefing and propose next steps to Court within 45 days of the Court's Order on Standard of Review in the ASO cases |
| Defendants' Opening *Love* Brief | November 16, 2026 |
| Deadline for Plaintiffs to Amend and Consolidate Complaints as of Right | Within 30 days of ruling on the *Love* motions |
| Plaintiffs' Opposition *Love* Brief | January 11, 2027 |
| Deadline for Defendants to Amend Answers and Assert Counterclaims as of Right | Within 75 days of ruling on the *Love* motions |

| Event | Defendants' Updated Proposal |
|---|---|
| Defendants' Reply *Love* Brief | February 15, 2027 |
| ***Phase 2: All Document and Written Discovery*** | |
| Close of Document and Written Discovery[1] | January 31, 2028 |
| ***Phase 3: Phased Depositions*** | |
| Wave 1 of Depositions Begins | February 15, 2028 |
| Wave 2 of Depositions Begins | July 17, 2028 |
| Wave 3 of Depositions Begins | October 10, 2028 |
| Wave 4 of Depositions Begins | December 19, 2028 |
| Wave 5 of Depositions Begins | February 13, 2029 |
| Wave 6 of Depositions Begins | April 24, 2029 |
| Wave 7 of Depositions Begins | July 17, 2029 |
| Wave 8 of Depositions Begins | September 25, 2029 |
| Wave 9 of Depositions Begins | January 15, 2030 |
| Wave 10 of Depositions Begins | March 12, 2030 |

[1] Given the expected asymmetry in volume of individualized discovery taken of Plaintiffs as opposed to the discovery Plaintiffs will be able to take (and already have) of Defendants, Defendants reserve the right to seek reasonable additional discovery of Plaintiffs throughout later phases of the case and upon remand.