FILED
2026 Sep-17 PM 10:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# Exhibit A

**Exhibit A – Defendants' Updated Alternative Scheduling Proposal**

| Event | Defendants' Updated Proposal |
|---|---|
| ***Phase 1: Initial Disclosures, Fact Sheets, Responses to Certain Discovery Requests, Prior Discovery, Love Release Motions (all agreed upon dates)*** | |
| Initial Disclosures | August 28, 2026 |
| Deadline to Submit an ESI Protocol | October 1, 2026 |
| Deadline to Complete Plaintiff Fact Sheets | October 15, 2026 |
| Deadline for Professional-Only Groups to Respond to Defendants' ROG Nos. 2 and 3 and Defendants' RFP No. 4 and for All Plaintiffs to respond to RFP No. 5. | October 15, 2026 |
| Standard of Review Motion and Briefing | Parties to meet and confer on Standard of Review briefing and propose next steps to Court within 45 days of the Court's Order on Standard of Review in the ASO cases |
| Defendants' Opening *Love* Brief | November 16, 2026 |
| Deadline for Plaintiffs to Amend and Consolidate Complaints as of Right | Within 30 days of ruling on the *Love* motions |
| Plaintiffs' Opposition *Love* Brief | January 11, 2027 |
| Deadline for Defendants to Amend Answers and Assert Counterclaims as of Right | Within 75 days of ruling on the *Love* motions |
| Defendants' Reply *Love* Brief | February 15, 2027 |
| ***Phase 2: All Document and Written Discovery*** | |
| Close of Document and Written Discovery[1] | January 31, 2028 |

[1] Given the expected asymmetry in volume of individualized discovery taken of Plaintiffs as opposed to the discovery Plaintiffs will be able to take (and already have) of Defendants, Defendants reserve the right to seek reasonable additional discovery of Plaintiffs throughout later phases of the case and upon remand.

| Event | Defendants' Updated Proposal |
|---|---|
| ***Phase 3: Phased Depositions***[2] | |
| Wave 1 of Depositions Begins | February 15, 2028 |
| Wave 2 of Depositions Begins | July 17, 2028 |
| Wave 3 of Depositions Begins | October 10, 2028 |
| Wave 4 of Depositions Begins | December 19, 2028 |
| Wave 5 of Depositions Begins | February 13, 2029 |
| Wave 6 of Depositions Begins | April 24, 2029 |
| Wave 7 of Depositions Begins | July 17, 2029 |
| Wave 8 of Depositions Begins | September 25, 2029 |
| Wave 9 of Depositions Begins | January 15, 2030 |
| Wave 10 of Depositions Begins | March 12, 2030 |
| Wave 10 of Depositions Ends | August 12, 2030 |
| ***Phase 4: Expert Discovery*** | |
| Deadline for Plaintiffs to Serve Opening Expert Reports | September 5, 2030 |
| Deadline for Defendants to Serve Responsive Expert Reports | January 16, 2031 |
| Deadline for Plaintiffs to Serve Rebuttal Expert Reports | April 28, 2031 |
| Close of Expert Discovery | June 16, 2031 |
| Deadline to Serve *Daubert* Motions | July 14, 2031 |
| Deadline to Serve Oppositions to *Daubert* Motions | September 22, 2031 |
| Deadline to Serve Replies to *Daubert* Motions | October 16, 2031 |
| ***Phase 5: Additional Dispositive Motions*** | |
| Deadline to Serve Dispositive Motions | October 30, 2031 |
| Deadline to Serve Oppositions to Dispositive Motions | January 22, 2032 |
| Deadline to Serve Replies to Dispositive Motions | March 4, 2032 |

[2] As Defendants noted in the Joint Report (Dkt. 169 at 11), the number and timing of waves, as well as the precise groupings of the pods, will be informed by Plaintiffs' fact sheets (due October 15). As a result, there is some flexibility in Defendants' schedule, including the potential to move up the close of Phase 3.

| Event | Defendants' Updated Proposal |
| --- | --- |
| ***Phase 6: Remand*** | |
| Remand | Upon receiving a ruling on dispositive and *Daubert* motions |