FILED
2026 Nov-03 PM 05:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

**UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master Case No.: 2:25-md-10000-AMM**<br><br>**This document relates to the Provider Opt-Out cases.** |

**PROVIDER OPT-OUTS' STATUS UPDATE AND REVISED PROPOSED SCHEDULE FOLLOWING SEPTEMBER 22, 2026 STATUS CONFERENCE**

Pursuant to the Court's directives and the additional clarity provided during the September 22, 2026 status conference via Zoom—including the Court's confirmation that there will be no bellwether proceedings[1]—Provider Opt-Out Plaintiffs ("Plaintiffs") submit the following updates regarding the current status of discovery and the parties' efforts to develop a proposed schedule consistent with the Court's guidance.

## I. Status of Fact Discovery and Related Meet-and-Confer Efforts:

a. Defendants' Second Set of Interrogatories:

On September 22, 2026, just two hours after the Court's status conference concerning the discovery scheduling order and the dispute over which issues are common, Defendants served their Second Set of Interrogatories, consisting of a single contention interrogatory (Interrogatory No. 4), requiring each Plaintiff to define the relevant antitrust market, including both the geographic and product markets, and to state "all facts" supporting that market definition. Given the premature nature and individualized, fact-intensive economic inquiry required to respond, Plaintiffs indicated their intention to seek a protective order and requested a meet and confer with Defendants, which was held on October 20, 2026. Following the meet and confer and subsequent conference with Special Master Gentle on October 22, 2026,

[1] *See* Sept. 22, 2026 Status Conference Tr. at 25:7-9 ("So we are not going to do bellwethers.").

Plaintiffs sought leave to file their motion for a protective order deferring responses to Defendants' Interrogatory No. 4 until the cases are remanded, or at a minimum, until after the close of fact discovery. The unopposed motion for leave was granted on October 23, 2026, and the parties have agreed to the following briefing schedule for the motion: Plaintiffs' opening brief was filed on **October 27**, Defendants' opposition is due on **November 4**, and Plaintiffs' reply is due **November 9, 2026**.

b. Plaintiffs' Fact Sheets and Supplemental Responses to Defendants' First Set of RFPs and Interrogatories:

As part of the parties' agreed upon phasing of discovery, and in accordance with the agreement Defendants proposed, on October 15, 2026, Plaintiffs produced to Defendants dozens of Fact Sheets covering much of the information requested in Defendants' First Set of Requests for Production of Documents ("Defendants' First Set of RFPs") and First Set of Interrogatories,[2] together with verifications for each Plaintiff, with all other supplementation held in abeyance until after the Court enters a scheduling order and the parties' subsequent meet and confer. The Fact Sheets were a significant undertaking

[2] Plaintiffs offered to complete the Fact Sheet at this juncture as an alternative to several of Defendants' pending interrogatories and document requests, and not as a supplement to them. Plaintiffs agreed that all Plaintiffs would supplement responses to only RFP No. 5, and Professional-Only Plaintiffs would supplement responses to only RFP No. 4 and Interrogatory Nos. 2 and 3.

by Plaintiffs and reflected good faith efforts to identify National Provider Identifiers (NPIs), NPI Registry Enumeration Dates, Tax Identification Numbers (TINs), Primary Addresses, Plaintiff classifications (*i.e.*, hospital, health system, physician group, physician organization, or other), and address whether each Plaintiff is affiliated with a health system and, if so: (i) whether the commercial health plan contract is negotiated at the health system level; (ii) the nature of the affiliation with the health system, and (iii) the Blue Plan(s) with whom the Plaintiff is currently in network, subject to the explanations and qualifications stated in cover letters and in the Fact Sheets. The Fact Sheets provided Defendants with the information they deemed necessary to file any motions relating to the potential release of claims in *Love v. Blue Shield Association, et al.*, No. 1:03-cv-21296 (S.D. Fla.) ("*Love*"), which the parties previously agreed Defendants would file on **November 16, 2026**.

Also on October 15, 2026, in accordance with the parties' agreement, Plaintiffs supplemented their responses to Defendants' Document Request No. 5 (regarding requests to be excluded from any *Love* settlement classes). In addition, the Professional-Only Plaintiffs (as identified in the "BCBS Professional Only Chart" provided to Defendants) also supplemented their responses to Defendants' Document Request No. 4 (regarding assignments)

and Defendants' Interrogatory Nos. 2 and 3 (regarding potential inclusion in any *Love* settlement classes and requests for exclusion from any *Love* settlement classes, respectively).

c. Plaintiffs' First Set of RFPs:

On September 15, 2026, pursuant to Plaintiffs' proposed schedule, Plaintiffs served their consolidated RFPs on Defendants ("Plaintiffs' First Set of RFPs"). In their service cover email and in the Instructions to the RFPs, Plaintiffs made clear their intention not to seek duplicative discovery, noting that, to the extent Defendants contend that they have already adequately produced Documents responsive to prior discovery requests in this Litigation, Plaintiffs are willing to consider such prior productions, provided that Defendants clearly identify the documents previously produced and specify the requests to which they are responsive.

On October 15, 2026, Defendants served their individual Responses and Objections to Plaintiffs' First Set of RFPs. Based on those responses, no Defendant has agreed to search for or produce a single document—Defendants either refuse to produce documents or assert objections and contend, without explanation, that their prior productions in other litigation, are "sufficient" notwithstanding the fact that Plaintiffs' requests cover a multi-year time period during which no documents have been produced in this

litigation. Plaintiffs initiated meet and confer discussions with Defendants, via a letter on October 23, 2026, and are developing proposals to streamline the meet and confer process.

d. Defendants' Second Set of RFPs:

On September 22, 2026, Defendants served their Second Set of RFPs ("Defendants' Second Set of RFPs") on Plaintiffs, to which Plaintiffs served Joint Responses and Objections on October 22, 2026. Plaintiffs anticipate that the streamlined meet and confer process developed for Plaintiffs' First Set of RFPs will likewise be applied to Defendants' Second Set of RFPs.

## II. Plaintiffs' Updated Discovery Plan and Case Schedules:

As directed by the Court, Plaintiffs submit an updated proposed case schedule alongside Defendants' updated proposal, attached hereto as Exhibit A, that accounts for dates that have lapsed and events or discovery completed since the September 22, 2026 hearing.

Plaintiffs' updated proposed discovery plan and case schedule continues to employ a streamlined, coordinated approach in overlapping phases, preserving efficiencies while ensuring that all cases remain on track for remand by Spring 2029.

## III. Plaintiffs' Position on Third-Party Litigation Funding:

At the September 22, 2026 hearing, the Court raised a question regarding "third-party litigation funding or financing." After discussion among counsel and the Court, the Court determined it would review the prior submissions and study carefully whether substantively there would be any additional information that would be necessary." Sept. 22, 2026 Tr. at 29:2-5. Provider Opt-Outs believe additional details regarding Judge Proctor's request for certain opt-out plaintiff-specific disclosures and the settlement fairness issue to which he tied those requests will assist the Court.

<u>a. Background</u>

On March 25, 2025, Judge Proctor issued an order directing four law firms—Paul Hastings, KL Gates, McKool Smith, and Bartko Pavia[3]—to "provide to the court, in writing, information relevant to the court's fairness-adequacy-reasonableness inquiry (*i.e.*, whether their clients have received third-party funds) in advance of the scheduled July 2025 Fairness Hearing." MDL Doc. 3294 at 4. The

[3] Judge Proctor's March 25, 2025 Order also identified the Bartko Pavia firm. Bartko Pavia is not counsel to any Provider Opt-Out in this MDL. The Bartko Pavia firm has filed claims, similar to the claims in this MDL, in California state court under California's state antitrust statute. Those claims are proceeding against the Blue Cross Blue Shield Association and a subset of the Blue Cross defendants in this MDL. *See VHS Liquidating Trust et al. v. Blue Cross of California et al.*, JCCP: 5398 | Case No., RG2110660 (California Superior Court – County of Alameda). Judge Chatterjee, supervising those consolidated state court cases, issued the ruling addressing the applicable standard of review for some of the challenged practices at issue before this Court. Oct. 6, 2026 Order re Standard of Review (Plaintiff Exhibit B).

Court requested that disclosure so it could "determine whether the proposed Provider Settlement is fair, adequate, and reasonable" and to find out "whether a party opting out of the settlement is doing so because they have concerns about the Settlement's fairness, or whether there might be some other motivation, such as having given a financial interest in its claims in this litigation to another party." *Id* at 4.

The law firms were directed to provide the disclosures to the Court by April 9, 2025, in advance of an April 16, 2025 video conference. *Id.* On April 8, 2025, the Court entered an order directing the law firms to make their submissions to Special Master Gentle to "transmit that information to the Court." MDL Doc. 3302. The Court also "continued generally" the video conference to review the written submissions and to "determine whether and when to reset the hearing and to what extent disclosure of the materials to the parties is required or warranted." *Id.* The Court did not reset the hearing or order disclosure of the submissions to the parties. On August 19, 2025, Judge Proctor issued the final settlement approval order. MDL Doc. 3346.

b. September 22, 2026 Hearing

At the September 22, 2026 hearing, the Court raised the topic of "what third-party litigation funding or financing we are dealing with in the case." Sept. 22, 2026 Tr. at 26:2-3. Counsel for the Provider Opt-Outs discussed the March 25, 2025 Order requiring disclosures from the identified law firms regarding whether any of

the healthcare providers that opted out of the class settlement had assigned their claims or received third-party funds to assess the fairness of the Provider class action settlement in connection with the firms named in the Order. *Id.* at 26:19-27:2, 27:8-22, 28:1-5.1-8. In response to the exchange, the Court indicated that it would "go back and look at what was submitted and refresh my recollection about that, and study carefully whether substantively there would be any additional information that would be necessary." *Id.* at 29:2-5.

Provider Opt-Outs welcome the Court's guidance with respect to whether supplementation regarding any plaintiff's receipt of third-party funds or assignment of claims is needed. It is Provider Opt-Outs' view, however, that any supplementation of the *in camera* disclosures regarding any client-specific transaction or assignment is unnecessary because the only issue to which such disclosures could be relevant—the fairness of the provider class settlement—is now moot after the Court's final approval of that settlement. *See* MDL Doc. 3346.[4]

c. Blues' Request for Litigation Funding Information

At the September 22, 2026 hearing, counsel for the Blue Defendants asked to be provided with access to the prior and any subsequent disclosures regarding litigation funding. Sept. 22, 2026 Tr. at 28:16-24. Judge Proctor considered whether

[4] If the Court is considering ordering a disclosure broader than what was provided to Judge Proctor, Provider Opt-Outs request the opportunity to submit briefing on the issue.

to require disclosure of the submissions to the parties, including defendants, but after reviewing the submissions, he did not order such disclosure. *See* MDL Doc. 3302 (indicating that the Court would consider whether "disclosure of the materials [law firm submissions] to the parties is required or warranted"). Further, any new request is improper, seeks irrelevant information, and premature. On September 22, 2026, the Blue Defendants served their second set of document requests. Included in those document requests were two requests seeking information related to litigation funding and other financial transactions.[5] Whether and to what extent any Provider Opt-Out may be required to produce to the Blue Defendants information in response to these requests should be addressed in the context those specific requests, rather than a non-specific request.

[5] Request for Production No. 12 seeks: "Any Documents or Communications Relating to any agreement that You have, sought, or are actively seeking between You and any party who has a financial interest, Including a contingent financial interest, in the outcome of the Federal Provider Opt-Out Actions (excluding any agreement with Your counsel), Including any written agreement and all material terms of such agreement." Request for Production No. 13 seeks: "Any Documents or Communications Relating to money or funds You have already received or collected from any party related to Your alleged claims in the Federal Provider Opt-Out Actions, Including the total amount of funds received, the date(s) on which any funds were obtained, and the fee(s) and rate(s) of interest on any funds."

Dated: November 3, 2026

Respectfully submitted,

*/s/ Ryan P. Phair*
Ryan P. Phair
Michael F. Murray
Carter C. Simpson
Christopher C. Brewer
Emma Hutchison
Terence Parker
**PAUL HASTINGS LLP**
2050 M Street NW
Washington, DC 20036
ryanphair@paulhastings.com
michaelmurray@paulhastings.com
cartersimpson@paulhastings.com
chrisbrewer@paulhastings.com
emmahutchison@paulhastings.com
terenceparker@paulhastings.com
hasansiddiqui@paulhastings.com
Telephone: (202) 551-1751

Stephen J. McIntyre
Hasan Siddiqui
**PAUL HASTINGS LLP**
515 South Flower Street, Fl. 25
Los Angeles, CA 90071
stephenmcintyre@paulhastings.com
hasansiddiqui@paulhastings.com
Telephone: (213) 683-6110
*Attorneys for Adventist Health System Sunbelt Healthcare Corporation d/b/a AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Duke Affiliations Network, Inc.; Duke Health Integrated Practice, Inc.; Duke University*

/s/ *Jon Corey*
Jon Corey
**MCKOOL SMITH, PC**
1717 K Street NW, Suite 1000
(202) 370-8300
jcorey@mckoolsmith.com

John Briody
James Smith
**MCKOOL SMITH, PC**
1301 Avenue of the Americas, 32nd Floor
New York, New York 10019
(212) 402-9400
jbriody@mckoolsmith.com
jsmith@mckoolsmith.com

Lew LeClair
**MCKOOL SMITH, PC**
300 Crescent Court, Suite 1500
Dallas, Texas 75201
(214) 978-4000
lleclair@mckoolsmith.com

*Attorneys for Plaintiffs Temple University Health System, Inc.; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Northwell Health, Inc.; HMH Hospitals Corporation; The Nemours Foundation; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital d/b/a Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare System,*

*Affiliated Physicians, Inc.; Duke University Health System, Inc.; Duke University; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; Lifepoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa, and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; State University of Iowa; Sutter Health; Texas Health Resources; the University of Wisconsin Hospitals and Clinics Authority; Associated Health Services, Inc.*

*/s/ R. Bruce Barze, Jr.*
R. Bruce Barze, Jr. (asb-8163-R71R)
**Barze Taylor Noles Lowther LLC**
Lakeshore Park Plaza
2204 Lakeshore Drive, Ste. 425
Birmingham, Alabama 35209
(205) 872-1015
bbarze@btnllaw.com

*Attorney for Adventist Health System Sunbelt Healthcare Corporation d/b/a AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Banner Health; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. d/b/a St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems d/b/a Northern Light Health; LHHealth, LLC, Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc.; Radiology Partners, Inc.; and Highlands Oncology Group, P.A.*

*/s/ Michael E. Martínez*
Michael E. Martínez (Ill. Bar No. 6275452)
Lauren Norris Donahue (Ill. Bar No. 6294505)
Victoria S. Pereira Duarte (Ill. Bar No. 6336540)
**K&L GATES LLP**
70 W. Madison St., Suite 3300
Chicago, IL 60602
Telephone: (312) 372-1121
Michael.Martinez@klgates.com
Lauren.Donahue@klgates.com
Victoria.Duarte@klgates.com

Michael J. Stortz (Cal. Bar No. 139386)
**K&L GATES LLP**
4 Embarcadero Ctr, Suite 1200
San Francisco, California 94111
Telephone: (415) 882-8200
Michael.Stortz@klgates.com

Richard W. Fields (D.C. Bar No. 418444)
Martin Cunniff (D.C. Bar No. 424219)

*Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; Lifepoint Health, Inc.; Mass General Brigham Incorporated; Northeast Georgia Health System; Novant Health, Inc.; Rochester Regional Health; Sound Inpatient Physicians, Inc.; State University of Iowa; Texas Health Resources; and the University of Wisconsin Hospitals and Clinics Authority*

*/s/ Judith A. Zahid*
Judith A. Zahid
Eric W. Buetzow
Heather T. Rankie
Sarah Van Culin
**Zelle LLP**
555 12th Street, Suite 1230
Oakland, CA 94607
Telephone: (415) 693-0700
Facsimile: (415) 693-0770
jzahid@zellelaw.com
ebuetzow@zellelaw.com
hrankie@zellelaw.com
svanculin@zellelaw.com

*Attorneys for Associated Health Services, Inc.; Duke Affiliations Network, Inc.; Duke Health Integrated Practice, Inc.; Duke University Affiliated Physicians, Inc.; Duke University Health System, Inc.; Duke University*

*/s/ Kathryn A. Reilly*
Kathryn A. Reilly
Michael T. Williams
Judith P. Youngman

Edward Han (D.C. Bar No. 394515)
**FIELDS HAN & CUNNIFF PLLC**
1701 Pennsylvania Avenue NW, Suite 200
Washington, D.C.
Telephone: (833) 382-9816
fields@fhcfirm.com
martincunniff@fhc.com
edhan@fhcfirm.com

*Counsel for Bon Secours Mercy Health, Inc., University Health Systems of Eastern Carolina, Inc., Endeavor Health, INTEGRIS Health, Inc., Main Line Health, Inc., Medical University Hospital Authority, Mercy Health, Norton Healthcare, Inc., Providence St. Joseph Health, Roper St. Francis Healthcare, Sanford, Thomas Jefferson University, The Regents of the University of Michigan on behalf of University of Michigan Health, University of North Carolina Health Care System, University of Rochester, and West Virginia United Health System, Inc.*

*/s/ Cindy Reichline*
Keith Butler
Cindy Reichline
Shira Liu
Fiona Tang
Taylor Keating
Ryan Roth
**BRS LLP**
2121 Avenue of the Stars
Suite 800
Los Angeles, CA 90067
Tel: (310) 295-9524
kbutler@brsllp.com

Galen D. Bellamy
Joel S. Neckers
Michael R. Krantz
Michael Baker
Carolyn M. Welter
**WHEELER TRIGG O'DONNELL LLP**
370 17th Street, Suite 4500
Denver, CO 80202
Email: reilly@wtotrial.com
Telephone: (303) 244-1918
reilly@wtotrial.com
youngman@wtotrial.com
bellamy@wtotrial.com
neckers@wtotrial.com
krantz@wtotrial.com
mbaker@wtotrial.com
welter@wtotrial.com

*Attorneys for Plaintiffs Corewell Health, Iowa Health System d/b/a UnityPoint, and Hospital Sisters Health System*

BRENNA BIRD
Attorney General of Iowa

/s/ *Eric H. Wessan*
Eric H. Wessan
Solicitor General
1305 E. Walnut Street
Des Moines, Iowa 50319
(515) 823-9117
eric.wessan@ag.iowa.gov

*Counsel for State University of Iowa*

/s/ *Sean S. Zabaneh*
Sean S. Zabaneh
Sean P. McConnell

creichline@brsllp.com
sliu@brsllp.com
ftang@brsllp.com
tkeating@brsllp.com
rroth@brsllp.com

*Attorneys for Plaintiffs Allina Health System; Atlantic Health System; CentraCare Health System; Fairview Health Services; Mayo Clinic; RWJBarnabas Health, Inc.; University of Florida Health Corporation; and The University of Chicago Medical Center*

/s/ *Lee Van Voorhis*
Lee Van Voorhis
Christos Christodoulou
**WOMBLE BOND DICKINSON (US) LLP**
2001 K Street NW
Washington, DC 20006
Lee.VanVoorhis@wbd-us.com
Christos.Christodoulou@wbd-us.com
Telephone: (202) 857-4563

Jason C. Hicks
Ian R. Dickinson
**WOMBLE BOND DICKINSON (US) LLP**
201 E. Main Street, Suite P
Charlottesville, VA 22902
Jason.Hicks@wbd-us.com
Ian.Dickinson@wbd-us.com
Telephone: (202) 857-4536

Richard J.R. Raleigh, Jr.

Sarah O'Laughlin Kulik
Jessica Priselac
**DUANE MORRIS LLP**
30 South 17th Street
Philadelphia, Pennsylvania 19103
(215) 979-1000
sszabaneh@duanemorris.com
spmcconnell@duanemorris.com
sckulik@duanemorris.com
jpriselac@duanemorris.com

Rebecca Bazan
**DUANE MORRIS LLP**
901 New York Avenue N.W., Ste 700 East
Washington, D.C. 20001
(202) 766-7800
rebazan@duanemorris.com

Wilson F. Green
**Wilson F. Green LLC**
301 19th Street North, Ste. 525
Birmingham, AL 35203
(205) 722-1018
wilson@wilsongreenlaw.com

*Attorneys for Plaintiffs Temple University Health System, Inc.; The Trustees of the University of Pennsylvania; The Children's Hospital of Philadelphia; Northwell Health, Inc.; HMH Hospitals Corporation; The Nemours Foundation; Penn State Health; WellSpan Health; Geisinger Health; MedStar Health, Inc.; Tower Health; Doylestown Hospital; Grand View Hospital d/b/a Grand View Health; Halifax Hospital Medical Center; Hunterdon Healthcare*

**WOMBLE BOND DICKINSON (US) LLP**
200 Davis Cir SW
Suite 200
Huntsville, Alabama 35801
Richard.Raleigh@wbd-us.com
Telephone: (256) 834-8651

*Attorneys for Plaintiffs Phoebe Putney Memorial Hospital, Inc., Phoebe Sumter Medical Center, Inc., Phoebe Worth Medical Center, Inc., and Phoebe Physician Group, Inc.*

*/s/ William Lavery*
William Lavery
Joseph Ostoyich
Danielle Morello
Jordan Passmore
Dorothea R. Allocca
Sung Shin
**CLIFFORD CHANCE US LLP**
2001 K Street NW
Washington, DC 20006
Tel: (202) 912-5000
william.lavery@cliffordchance.com
joseph.ostoyich@cliffordchance.com
danielle.morello@cliffordchance.com
jordan.passmore@cliffordchance.com
dodi.allocca@cliffordchance.com
sung.shin@cliffordchance.com

Sanaz Payandeh
**CLIFFORD CHANCE US LLP**
Two Manhattan West
375 9th Avenue
New York, New York 10001
Tel: (212) 878-8000
sanaz.payandeh@cliffordchance.com

*System, Inc.; Meadville Medical Center; St. Clair Health Corporation; Penn Highlands Healthcare, Inc.; Holy Redeemer Health System; St. Luke's Health Network, Inc. d/b/a St. Luke's University Health Network; Independence Health System; Eastern Maine Healthcare Systems d/b/a Northern Light Health; LHHealth, LLC, Harvard Medical Faculty Physicians at Beth Israel Deaconess Medical Center, Inc.; Radiology Partners, Inc.; and Highlands Oncology Group, P.A.*

*Attorneys for Plaintiffs Mount Nittany Health System and Weill Cornell Medicine*

*/s/ Ross E. Elfand*
Robert M. Cooper
Hershel Wancjer
**KING & SPALDING LLP**
1700 Pennsylvania Avenue
NW Suite 900
Washington, DC 20006
rcooper@kslaw.com
hwancjer@kslaw.com
Telephone: (202) 737-0500

Damien Marshall
Ross E. Elfand
Marisa Manzi
Annika Burton
Alexandra Valas
Annie H. Somerville (admission to S.D.N.Y. pending)
**KING & SPALDING LLP**
1290 Avenue of the Americas
14th Floor New York, NY 10104
dmarshall@kslaw.com
relfand@kslaw.com

mmanzi@kslaw.com
aburton@kslaw.com
lvalas@kslaw.com
Telephone: (212) 556-2100

*Attorneys for Plaintiffs NorthBay Healthcare Corporation; ApolloMD Business Services, LLC; Beebe Medical Center, Inc. d/b/a Beebe Healthcare; Covenant Health, Inc.; Kaweah Delta Health Care District; Memorial Health Services d/b/a MemorialCare Health System; Mount Sinai Medical Center of Florida, Inc.; North Broward Hospital District d/b/a Broward Health; Ochsner Clinic Foundation; Ochsner LSU Health System of North Louisiana; Hospital Service District No. 1 of St. Charles Parish; St. Tammany Parish Hospital Service District No. 2; Salinas Valley Memorial Healthcare System d/b/a Salinas Valley Health; Steward Health Care System LLC; Tallahassee Memorial HealthCare, Inc.; Lubbock County Hospital District; CEP America, LLC d/b/a Vituity*

/s/ *Steven Sklaver*

Steven Sklaver
Glenn C. Bridgman
Molly A. Karlin
**SUSMAN GODFREY L.L.P.**
1900 Avenue of the Stars, Suite 1400
Los Angeles, CA 90067
Telephone: (310) 789-3100
Facsimile: (310) 789-3150
ssklaver@susmangodfrey.com
gbridgman@susmangodfrey.com
mkarlin@susmangodfrey.com

Tanner Laiche
**SUSMAN GODFREY L.L.P.**
401 Union Street, Suite 3000
Seattle, WA 98101
Telephone: (206) 516-3880
Facsimile: (206) 516-3883
tlaiche@susmangodfrey.com

Cyril V. Smith
csmith@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
100 E Pratt Street, Suite 2440
Baltimore, MD 21202
Telephone: (410) 332-0444
Facsimile: (410) 659-0436

Christopher R. MacColl
cmaccoll@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
2100 L Street NW, Suite 400
Washington, D.C. 20037
Telephone: (202) 778-1800
Facsimile: (202) 822-8106

Michael R. Waxman
mwaxman@zuckerman.com
**ZUCKERMAN SPAEDER LLP**
485 Madison Avenue, 19th Floor
New York, NY 10022
Telephone: (212) 704-9600
Facsimile: (212) 704-4256

*Attorneys for Plaintiffs Memorial Hospital for Cancer and Allied Diseases, Memorial Sloan-Kettering Cancer Center, and South Shore Hospital, Inc.*

*/s/ Daniel L. Warshaw*

DANIEL L. WARSHAW
dwarshaw@pwfirm.com
BOBBY POUYA
bpouya@pwfirm.com
MICHAEL H. PEARSON
mpearson@pwfirm.com
**PEARSON WARSHAW, LLP**
15165 Ventura Boulevard, Suite 400
Sherman Oaks, California 91403
Telephone: (818) 788-8300
Facsimile: (818) 788-8104

*Attorneys for Plaintiffs IES Central Texas PLLC; IES HSP Indiana LLC; IAS Arizona PLLC; IAS Oklahoma LLC; IES Alabama PLLC; IES Arizona PLLC; IES Colorado PLLC; IES Carrollton PLLC; IES Florida PLLC; Integrative Emergency Services Physician Group -Houston, PLLC; IES HSP Oklahoma LLC; IES Hospitalists PLLC; IES Oklahoma LLC; IES South Carolina LLC; Integrative Health Arizona LLC; Integrative Care Services Florida LLC; IES OBS Colorado PLLC; Integrative Emergency Services Physician Group, P.A.; IES Arkansas PLLC; IES Hsp Arkansas PLLC; IES Missouri LLC; IES Hsp Missouri LLC; Integrative Health Texas PLLC, AmeriTeam Services, LLC; Southeastern Emergency Physicians LLC; Texas Medicine Resources, LLP; Emergency Coverage, LLC; Florida Emergency Physicians Kang & Associates, M.D., LLC; Longhorn Emergency Medicine Associates, P.A.; Mid-Ohio Emergency Services LLC; ACS Primary Care Physicians –*

*Southeast, P.C.; Fremont Emergency Services (Scherr), Ltd.; Texas Physician Resources, LLP; InPhyNet South Broward, LLC; Paragon Contracting Services, LLC; Paragon Emergency Services LLC; ACS Primary Care Physicians Southwest, P.A.; Southeastern Emergency Physicians of Memphis, LLC; Emergency Services of Oklahoma, P.C., CommonSpirit Health; Dignity Health; Dignity Community Care; Virginia Mason Franciscan Health; Catholic Health Initiatives Colorado; St. Luke's Health System Corporation d/b/a CHI St. Luke's Health; CHI Nebraska d/b/a CHI Health; and KentuckyOne Health, Inc.*

*/s/ Harvey J. Wolkoff*
Harvey J. Wolkoff
Aliki Sofis
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
111 Huntington Avenue, Suite 520
Boston, MA 02199-3600
Tel.: (617) 712-7100
harveywolkoff@quinnemanuel.com
alikisofis@quinnemanuel.com

Adam B. Wolfson
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
865 S. Figueroa St., 10th Fl.
Los Angeles, CA 90017
Tel.: (213) 443-3000
adamwolfson@quinnemanuel.com

Samuel I. Waranch

Vinay S. Basti
**QUINN EMANUEL URQUHART & SULLIVAN, LLP**
295 Fifth Ave., 9th Fl.
New York, NY 10016
Tel.: (212) 849 7100
samuelwaranch@quinnemanuel.com
vinaybasti@quinnemanuel.com
*Attorneys for Plaintiffs Boston Children's Hospital et al.*