FILED
2026 Nov-03 PM 05:15
U.S. DISTRICT COURT
N.D. OF ALABAMA

# **Exhibit A**

## **Parties' Updated Scheduling Proposals**

<table>
<tr><th>Event</th><th>Plaintiffs' Updated Proposal</th><th>Defendants' Updated Proposal</th></tr>
<tr><td colspan="3">Phase 1: Early Dispositive Motions and Fact Discovery</td></tr>
<tr><td>Initial Disclosures Exchanged</td><td colspan="2">Completed</td></tr>
<tr><td>Defendants complete reproductions of documents and structured data from prior cases</td><td colspan="2">Completed, subject to Plaintiffs' review for deficiencies[1]</td></tr>
<tr><td>ESI Protocol Submitted</td><td colspan="2">Completed</td></tr>
<tr><td>Plaintiff Fact Sheets Served</td><td colspan="2">Completed, subject to Defendants' review for deficiencies[2]</td></tr>
<tr><td>Professional-Only Groups Responses to Defendants' ROG Nos. 2 and 3 and Defendants' RFP No. 4 and all Plaintiffs Respond to RFP No. 5 Served by Agreement</td><td colspan="2">Completed</td></tr>
<tr><td>Parties Exchange of Initial Discovery Requests</td><td colspan="2">Completed</td></tr>
<tr><td>Service of Objections and Responses to Initial Discovery Requests</td><td colspan="2">Completed</td></tr>
</table>

---

[1] Providers are still in the process of reviewing the prior productions and identifying any deficiencies. Defendants' position is that the productions are complete.

[2] Defendants are still in the process of reviewing the fact sheets and identifying certain deficiencies. Plaintiffs' position is that the fact sheets are complete.

| Event | Plaintiffs' Updated Proposal | Defendants' Updated Proposal |
|---|---|---|
| Early Dispositive Motions re: *Love*/Other Releases | Defendants' Opening *Love* Brief Per Parties' Agreement: November 16, 2026<br><br>Plaintiffs' Opposition *Love* Brief Per Parties' Agreement: January 11, 2027<br><br>Defendants' Reply *Love* Brief Per Parties' Agreement: February 15, 2027 | Defendants to file Opening *Love* brief within 45 days of receiving complete responses from all Plaintiffs to Question No. 8 of the Fact Sheets.[3] |
| Deadline for Plaintiffs to Amend and Consolidate Complaints as of Right | Within 30 days of ruling on the *Love*/other release motions | Within 30 days of ruling on the *Love*/other release motions |
| Deadline for Defendants to Amend Answers and Assert Counterclaims as of Right | Within 75 days of ruling on the *Love*/other release motions | Within 75 days of ruling on the *Love*/other release motions |
| Submission of Joint Report Regarding Proposed Case Schedule for Professional-Only Plaintiffs | Within 90 days of ruling on *Love*/other release motions[4] | Within 90 days of ruling on *Love*/other release motions |
| Standard of Review Motion and Briefing | Parties to meet and confer on Standard of Review briefing and propose next steps to Court within 45 days of the Court's Order on Standard of Review in the ASO cases | Parties to meet and confer on Standard of Review briefing and propose next steps to Court within 45 days of the Court's Order on Standard of Review in the ASO cases |
| Deadline to Submit Deposition Protocol | June 8, 2027 | June 8, 2027 |

[3] The parties have exchanged correspondence regarding whether certain Plaintiffs' response to Question No. 8 of the fact sheets were deficient. Defendants maintain that amended supplemental responses are required from certain Plaintiffs before Defendants move on *Love*. Plaintiffs dispute that their responses were deficient.

[4] The parties agree that all discovery and other matters as to the Professional-Only Plaintiffs (as identified in "BCBS Professional Only Chart" provided to Defendants) will be stayed until the Court rules on *Love* motions, and that the parties would confer and propose an appropriate schedule to address their claims. The claims of the "Health System Plaintiffs" (referring to the 93 "Health Systems" and all of their affiliated entities as identified in "BCBS – Health System Plaintiff Chart" provided to Defendants) would proceed in parallel with the *Love* motion schedule.

| Event | Plaintiffs' Updated Proposal | Defendants' Updated Proposal |
|---|---|---|
| Substantial Completion of Document Productions and [Common/All] Interrogatories[5] | September 8, 2027 | September 8, 2027 |
| Fact Discovery Closes[6] | April 28, 2028 | October 13, 2028 |
| ***Phase 2: Expert Discovery and Dispositive Motions*** | | |
| Service of Opening Expert Reports on [Common/All] Issues[7] | June 30, 2028 | December 13, 2028 |
| Service of Rebuttal Expert Reports on [Common/All] Issues | September 29, 2028 | March 16, 2029 |
| Service of Reply Expert Reports on [Common/All] Issues | November 30, 2028 | May 25, 2029 |
| Close of Expert Discovery on [Common/All] Issues | December 20, 2028 | July 13, 2029 |
| Summary Judgment and *Daubert* Motions on [Common/All] Issues[8] | January 5, 2029 | September 12, 2029 |
| Summary Judgment and *Daubert* Oppositions on [Common/All] Issues | February 28, 2029 | November 13, 2029 |
| Summary Judgment and *Daubert* Replies on [Common/All] Issues | March 30, 2029 | December 20, 2029 |
| Remand of Plaintiffs' Cases | Within 30 days of rulings on *Daubert* and summary judgment motions | Within 30 days of rulings on *Daubert* and summary judgment motions |

---

[5] Plaintiffs' position is that written discovery should be focused on common issues as outlined in Provider Opt-Outs' prior submission, Docs. 169, 177. Defendants' position is that all interrogatories should be served and responded to in the MDL.

[6] Proposed deadline applies only as to health system Plaintiffs. The parties have agreed that discovery as to Professional-Only Plaintiffs will be stayed until the Court rules on Defendants' *Love* motions, and that the parties will confer and negotiate a schedule to address those claims after such a ruling. (*See* Doc. 169-1 at 1.)

[7] This deadline relates to any expert reports covering any issues on which the party bears the burden of proof. The rebuttal report shall be filed the responsive party. Plaintiffs' position is that expert reports should be limited to "common issues" as outlined in Provider Opt-Outs' prior submission, Docs. 169, 177. Defendants' position is that all expert discovery should be completed in the MDL.

[8] Plaintiffs' position is that summary judgment motions should be limited to "common issues " as outlined in Provider Opt-Outs' prior submission, Docs. 169, 177. Defendants' position is that all dispositive motions should be briefed in the MDL.