FILED
2026 Nov-06 AM 11:30
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | |
|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION (MDL No. 2406)** | **Master Case No. 25-md-10000-AMM**<br>Provider Opt-Out Cases |

# NOTICE OF APPEARANCE

Ryan P. Phair of Paul Hastings LLP gives notice of his appearance as counsel for Plaintiff Providence St. Joseph Health, for the purpose of receiving all orders, pleadings, notices, and correspondence in the above-captioned matter.

Respectfully submitted this 6th day of November, 2026.

*/s/ Ryan P. Phair*
Ryan P. Phair
**Paul Hastings LLP**
2050 M St. NW
Washington, DC 20036
T: 202-551-1751
F: 202-551-0251
ryanphair@paulhastings.com

*Attorney for Adventist Health System Sunbelt Healthcare Corporation d/b/a AdventHealth; Adventist Health System/West; Ardent Health Partners, Inc.; Associated Health Services, Inc. Banner Health; Christiana Care Health Services, Inc.; City of Hope; CHS/Community Health Systems; Corewell Health; Duke Affiliations Network, Inc.; Duke Health Integrated Practice, Inc.; Duke University Affiliated Physicians, Inc.; Duke University*

*Health System, Inc.; Duke University; Henry Ford Health System d/b/a Henry Ford Health; Hospital Sisters Health System; Inova Health Care Services; Iowa Health System d/b/a UnityPoint Health; Knight Health Holdings, LLC; Lifepoint Health, Inc.; Mass General Brigham Incorporated; Mercy Hospital, Iowa City, Iowa, and Mercy Service Iowa City, Inc.; Northeast Georgia Health System; Novant Health, Inc.; Providence St. Joseph Health; Rochester Regional Health; Sound Inpatient Physicians, Inc.; State University of Iowa; Sutter Health; Texas Health Resources; and the University of Wisconsin Hospitals and Clinics Authority*

## CERTIFICATE OF SERVICE

I hereby certify that on this the 6th day of November, 2026, I caused the foregoing to be electronically filed with the Clerk of Court using the CM/ECF system which will send notification of such filing to all Counsel of record.

*/s/ Ryan P. Phair*
Ryan P. Phair