FILED
2026 Nov-09 AM 11:35
U.S. DISTRICT COURT
N.D. OF ALABAMA

**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ALABAMA**
**SOUTHERN DIVISION**

| | | |
|---|---|---|
| **IN RE: BLUE CROSS BLUE SHIELD ANTITRUST LITIGATION** | } | **Master Case No.: 2:25-md-10000-RDP** |
| **(MDL NO.: 2406)** | } | Provider Opt-Out Cases |

# SCHEDULING ORDER

The court enters this Scheduling Order under Federal Rule of Civil Procedure 16(b) based on (1) the parties' Report of Rule 26(f) Planning Meeting, Doc. 129; (2) their Joint Status Update on the earlier Report, Doc. 153; (3) the arguments of counsel at the August 11, 2026 status conference regarding the areas of agreement and remaining disputes; (4) the parties' further Joint Report on Common Discovery and the Parties' Updated Scheduling Proposals, Doc. 169; (5) the parties' further respective submissions in advance of the September 22, 2026 case scheduling hearing, Docs. 177, 178; (6) the arguments presented at the September 22, 2026 case scheduling hearing; and (7) the parties' further respective November 3, 2026 submissions, Docs. 198, 199. This order governs further proceedings in this action unless modified by separate order.

**Extensions of the deadlines set to complete all discovery and file dispositive motions will not be granted absent extraordinary cause. In the event extraordinary cause is shown, only one extension will be granted.**

## I. CASE SCHEDULE

| Event | Deadline |
|---|---|
| **Phase One – Early Dispositive Motions and Fact Discovery** | |
| | |
| Initial Disclosures | Completed |
| Defendants complete reproductions of documents and structured data from prior cases | Completed, subject to Plaintiffs' review for deficiencies |
| Deadline to Submit an ESI Protocol | Completed |

| | |
|---|---|
| Deadline to Complete Plaintiff Fact Sheets | Completed, subject to Defendants' review for deficiencies |
| Deadline for Professional-Only Groups to respond to Defendants' ROG Nos. 2 and 3 and Defendants' RFP No. 4 and for all Plaintiffs to respond to RFP No. 5. | Completed |
| Parties to Exchange Initial Discovery Requests | Completed |
| Service of Objections and Responses to Initial Discovery Requests | Completed |
| Early Dispositive Motions re: *Love*/Other Releases | Defendants to file Opening *Love*/Other Releases brief within 45 days of receiving complete responses from all Plaintiffs to Question No. 8 of the Fact Sheets |
| Deadline for Plaintiffs to Amend and Consolidate Complaints as of right | Within 30 days of ruling on the *Love* or other release motions |
| Deadline for Defendants to Amend Answers and Assert Counterclaims as of right | Within 75 days of ruling on the *Love* or other release motions |
| Submission of Joint Report Regarding Proposed Case Schedule for Professional-Only Plaintiffs[1] | Within 90 days of ruling on *Love* or other release motions |
| Standard of Review Motion and Briefing | Parties to meet and confer on Standard of Review briefing and propose next steps to Court within 45 days of the Court's Order on Standard of Review in the ASO cases |
| Deadline to Submit Deposition Protocol | June 8, 2027 |

[1] The parties agree that all discovery and other matters as to the Professional-Only Plaintiffs (as identified in "BCBS Professional Only Chart" provided to Defendants) will be stayed until the Court rules on *Love* motions, and that the parties would confer and propose an appropriate schedule to address their claims. The claims of the "Health System Plaintiffs" (referring to the 93 "Health Systems" and all of their affiliated entities as identified in "BCBS – Health System Plaintiff Chart" provided to Defendants) would proceed in parallel with the *Love* motion schedule.

| | |
|---|---|
| Substantial Completion of Document Productions and All Interrogatories | September 8, 2027 |
| Fact Discovery Closes[2] | April 28, 2028 |
| | |
| **Phase Two – Expert Discovery and Dispositive Motions** | |
| | |
| Deadline to Serve Opening Expert Reports on All Issues[3] | June 30, 2028 |
| Deadline to Serve Rebuttal Expert Reports on All Issues | September 29, 2028 |
| Deadline to Serve Reply Expert Reports on All Issues | November 30, 2028 |
| Close of Expert Discovery on All Issues | December 20, 2028 |
| Summary Judgment and *Daubert* Motions on All Issues | January 5, 2029 |
| Summary Judgment and *Daubert* Oppositions on All Issues | February 29, 2029 |
| Summary Judgment and *Daubert* Replies on All Issues | March 30, 2029 |
| Suggestion of Remand of Plaintiffs' Cases | Joint proposals due within 30 days of ruling on *Daubert* and dispositive motions |

## II. ADDITIONAL MATTERS:

**1. Scope of Discovery**: The parties **SHALL** conduct full discovery in the MDL so that the cases will be trial ready upon remand. The parties may object to discovery on

[2] Proposed deadline applies only as to health system Plaintiffs. The parties have agreed that discovery as to Professional-Only Plaintiffs will be stayed until the Court rules on Defendants' *Love* motions, and that the parties will confer and negotiate a schedule to address those claims after such a ruling. *See* Doc. 169-1 at 1.

[3] This deadline relates to any expert reports covering any issues on which the party bears the burden of proof. The rebuttal report shall be filed by the responsive party.

a case by case basis, but should not expect that objections will be sustained if they are made on the ground that the discovery sought is not common.

**2. Standard of Review**: After the court issues its ruling on standard of review in the ASO litigation, the parties will meet and confer and propose next steps within 45 days of that order.

**3. Limits on the Number of Depositions**: The Parties agree to confer in good faith to agree on the number of depositions at the time the Parties negotiate the deposition protocol.

**4. Limits on the Number of Requests for Production**: The Parties agree that there shall be no limit on the number of Requests for Production under Rule 34.

**5. Electronically Stored Information**: The court adopts and incorporates by reference the parties' Stipulated Order Relating to the Discovery of Electronically Stored Information. Doc. 190. The meet–and–confer protocol in the Stipulated Order **SHALL** include subject matter experts or the people with knowledge of the answers to the questions at issue as a first step in any discovery dispute.

## III. EXTENSIONS:

Absent extraordinary unforeseen circumstances, any motion for an extension of any deadline must be filed three or more days before the deadline sought to be extended. Motions for an extension of time that do not satisfy this requirement will ordinarily be automatically denied. Successive requests for extensions by the same party are disfavored.

Any motion to extend the deadline to complete all discovery must state when the moving party first propounded discovery requests and/or noticed depositions and must include any other information that will help the court determine how effectively the parties have used the amount of time originally allowed for discovery.

## IV. MEDIATION

The parties are represented by excellent counsel. They are encouraged to mediate without waiting on the resolution of perceived fulcrum issues. The court will not stay discovery and dispositive motion deadlines pending mediation. The parties must notify

the court within two business days of reaching any settlement.

**DONE** and **ORDERED** this 9th day of November, 2026.

**ANNA M. MANASCO**
UNITED STATES DISTRICT JUDGE